UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
COMPASS-CHARLOTTE 1031, LLC,

           Plaintiff,

           v.                                   Case No. 24-cv-00055 (MAD/DJS)

PRIME CAPITAL VENTURES, LLC
BERONE CAPITAL FUND, LP,
BERONE CAPITAL PARTNERS LLC,
BERONE CAPITAL LLC,
BERONE CAPITAL EQUITY FUND I, LP,
and 405 MOTORSPORTS LLC f/k/a Berone
Capital Equity Partners LLC,

           Defendants.
----------------------------------------------------------------x

## CORPORATE DISCLOSURE FOR PRIME CAPITAL VENTURES, LLC

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure (the "Federal Rules"), Defendant Prime Capital Ventures, LLC ("Prime Capital") states that there is no corporation that directly or indirectly owns 10% or more of any class of Prime Capital's equity interests.

Pursuant to Rule 7.1(a)(2) of the Federal Rules, Prime Capital also states that it is a Delaware limited liability corporation, with its principal place of business in Albany, New York. Kris Roglieri, a citizen of the State of New York, is the sole member of Prime Capital.

1

Dated: January 16, 2024
       New York, New York                      **HOGAN LOVELLS US LLP**

                                                  */s/ Pieter Van Tol*

                                                  Pieter Van Tol (Bar Roll # 508405)
                                                Chris Bryant (*pro hac vice* motion forthcoming)
                                                390 Madison Avenue
                                                New York, New York 10017
                                                Telephone: (212) 918-3000
                                                Facsimile: (212) 918-3100
                                                Email: pieter.vantol@hoganlovells.com
                                                                     chris.bryant@hoganlovells.com

                                                *Attorneys for Defendant Prime Capital*