# EXHIBIT A

DocuSign Envelope ID: A91CADEF-E438-4110-83C4-2CBFC4B7EBA9

OMB Approval No. 2502-0265



## A. Settlement Statement (HUD-1)

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☒ Conv. Unins  4. ☐ VA  5. ☐ Conv. Ins | 6. File Number: 012300324 | 7. Loan Number: | 8. Mortgage Insurance Case Number: | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

(012300324/75)

| D. Name and Address of Borrower: Prime Capital Ventures, LLC 600 Linkhorn Drive Virginia Beach, VA 23451 | E. Name and Address of Seller: Charles G. Barker and Susan L. Barker | F. Name and Address of Lender: CASH |
|---|---|---|
| G. Property Location: 600 Linkhorn Drive Virginia Beach, VA 23451 Virginia Beach County, Virginia Site 157, Plat of Linkhorn Park | H. Settlement Agent: Priority Title & Escrow, LLC    (757)431-1001 641 Lynnhaven Parkway, Suite 200, Virginia Beach, VA 23452 Place of Settlement: 641 Lynnhaven Parkway, Suite 200 Virginia Beach, VA 23452 | I. Settlement Date: January 31, 2023 Disbursement Date: January 31, 2023 |

| J. Summary of Buyer's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Buyer** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | 3,750,000.00 | 401. Contract sales price | 3,750,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (line 1400) | 23,966.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from Buyer** | 3,773,966.50 | **420. Gross amount due to Seller** | 3,750,000.00 |
| **200. Amounts Paid by or in Behalf of Buyer** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | 100,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 194,379.80 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Dep. disbursed as proceeds | |
| 208. Seller Paid Closing Costs | | 508. Seller Paid Closing Costs | |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes       24188414010000 | 1,899.00 | 511. County taxes       24188414010000 | 1,899.00 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for Buyer** | 101,899.00 | **520. Total reduction amount due Seller** | 196,278.80 |
| **300. Cash at Settlement from/to Buyer** | | **600. Cash at Settlement from/to Seller** | |
| 301. Gross amount due from Buyer (Line 120) | 3,773,966.50 | 601. Gross amount due to Seller (Line 420) | 3,750,000.00 |
| 302. Less amount paid by/for Buyer (Line 220) | ( 101,899.00) | 602. Less reductions due Seller (Line 520) | ( 196,278.80) |
| **303. CASH FROM BUYER** | 3,672,067.50 | **603. CASH TO SELLER** | 3,553,721.20 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

The undersigned hereby acknowledge receipt of a completed copy of this statement and any attachments referred to herein.

Buyer

Prime Capital Ventures, LLC

BY: _____kris Roglieri_____ (DocuSigned by: 64DC6B520274446...)

Kris Roglieri
Managing Member

Seller

_____
Charles G. Barker

_____
Susan L. Barker

Previous editions are obsolete

Printed on: 01/20/23 at 10:13 AM  012300324/75
HUD-1, Page 1



OMB Approval No. 2502-0265

## A. Settlement Statement (HUD-1)

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA   2. ☐ RHS   3. ☒ Conv. Unins  4. ☐ VA   5. ☐ Conv. Ins | | 6. File Number: 012300324 | 7. Loan Number: | 8. Mortgage Insurance Case Number: | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.
(012300324/83)

| D. Name and Address of Borrower: Prime Capital Ventures, LLC 600 Linkhorn Drive Virginia Beach, VA 23451 | E. Name and Address of Seller: Charles G. Barker and Susan L. Barker | F. Name and Address of Lender: CASH |
|---|---|---|
| G. Property Location: 600 Linkhorn Drive Virginia Beach, VA 23451 Virginia Beach County, Virginia Site 157, Plat of Linkhorn Park | H. Settlement Agent: Priority Title & Escrow, LLC   (757)431-1001 641 Lynnhaven Parkway, Suite 200, Virginia Beach, VA 23452  Place of Settlement: 641 Lynnhaven Parkway, Suite 200 Virginia Beach, VA 23452 | I. Settlement Date: January 31, 2023 Disbursement Date: January 31, 2023 |

| J. Summary of Buyer's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Buyer | | 400. Gross Amount Due to Seller | |
| 101. Contract sales price | 3,750,000.00 | 401. Contract sales price | 3,750,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to buyer (line 1400) | 23,966.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/Town taxes | | 406. City/Town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross amount due from Buyer | 3,773,966.50 | 420. Gross amount due to Seller | 3,750,000.00 |
| 200. Amounts Paid by or in Behalf of Buyer | | 500. Reductions In Amount Due to Seller | |
| 201. Deposit or earnest money | 100,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 194,393.60 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. Dep. disbursed as proceeds | |
| 208. Seller Paid Closing Costs | | 508. Seller Paid Closing Costs | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/Town taxes   24188414010000 | 1,899.00 | 510. City/Town taxes   24188414010000 | 1,899.00 |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total paid by/for Buyer | 101,899.00 | 520. Total reduction amount due Seller | 196,292.60 |
| 300. Cash at Settlement from/to Buyer | | 600. Cash at Settlement from/to Seller | |
| 301. Gross amount due from Buyer (Line 120) | 3,773,966.50 | 601. Gross amount due to Seller (Line 420) | 3,750,000.00 |
| 302. Less amount paid by/for Buyer (Line 220) | ( 101,899.00) | 602. Less reductions due Seller (Line 520) | ( 196,292.60) |
| 303. CASH FROM BUYER | 3,672,067.50 | 603. CASH TO SELLER | 3,553,707.40 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

The undersigned hereby acknowledge receipt of a completed copy of this statement and any attachments referred to herein.

Buyer
    Prime Capital Ventures, LLC

BY:_____
    Kris Roglieri
    Managing Member

Seller
_____
Charles G. Barker
_____
Susan L. Barker

### L. Settlement Charges

| | | Paid From Buyer's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700.** Total Real Estate Broker Fees $ 187,500.00 | | | |
| *Division of commission (line 700) as follows:* | | | |
| 701. $ 75,000.00  to  Berkshire Hathaway Home Services | | | |
| 702. $ 112,500.00  to  OWN Real Estate LLC | | | |
| 703. Commission paid at settlement | | | 187,500.00 |
| 704. | | | |
| 705. Transaction/Brokerage Fee   to   OWN Real Estate LLC | | 395.00 | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE #A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Interest from 01/31/23 to 02/01/23 to CASH @ $   /day (1 day @   %) | (from GFE #10) | | |
| 902. Mortgage insurance premium for   month  to | (from GFE #3) | | |
| 903. Homeowner's insurance   for   year   to | (from GFE #11) | | |
| 904.    for   year   to | | | |
| 905. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance   Months @ $   per Month | | | |
| 1003. Mortgage insurance   Months @ $   per Month | | | |
| 1004. Property taxes   Months @ $   per Month   24188414010000 | | | |
| 1005.   Months @ $   per Month | | | |
| 1006.   Months @ $   per Month | | | |
| 1007.   Months @ $   per Month | | | |
| 1008.   Months @ $   per Month | | | |
| 1009. Aggregate Adjustment   Months @ $   per Month | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance to Priority Title & Escrow, | (from GFE #4) | 495.00 | |
| 1102. Settlement or closing fee to Priority Title & Escrow, LLC   $495.00 | | | |
| 1103. Owner's title insurance to VA Home Title, LLC | (from GFE #5) | 9,875.00 | |
| 1104. Lender's title insurance to VA Home Title, LLC | | | |
| 1105. Lender's title policy limit | | | |
| 1106. Owner's title policy limit   $3,750,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium | | | |
| 1108. Underwriter's portion of the total title insurance premium | | | |
| 1109. See additional 1109 items | | 235.00 | |
| 1110. Title Search & Exam Fee to Priority Title & Escrow, LLC | | 260.00 | |
| 1111. Title Binder Fee to Priority Title & Escrow, LLC | | 90.00 | |
| 1112. Archive Fee to Priority Title & Escrow, LLC | | 35.00 | |
| 1113. Courier Fee to Priority Title & Escrow, LLC | | 30.00 | |
| 1114. Seller Wire Fee to Priority Title & Escrow, LLC | | | 25.00 |
| 1115. Seller Attorney Fee to Sykes, Bourdon, Ahern & Levy P.C. | | | 775.00 |
| 1116. | | | |
| 1117. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges to Clerk of Court | (from GFE #7) | 51.50 | |
| 1202. Deed $ 51.50;   Mortgage $   ;   Releases $ | | | |
| 1203. Transfer taxes to Clerk of Court | (from GFE #8) | 12,500.00 | |
| 1204. City/County tax/stamps   Deed $ 3,125.00;   Mortgage $ | | | |
| 1205. State tax/stamps   Deed $ 9,375.00;   Mortgage $ | | | |
| 1206. State Grantor's Tax - Seller to Clerk of Court | | | 3,750.00 |
| 1207. HRRT Fund (City Grantor Tax) - Seller to Clerk of Court | | | 2,250.00 |
| 1208. Record POA to Clerk of Court | | | 30.50 |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. Storm Water to Virginia Beach Treasurer | THRU 1/31 | | 63.10 |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| **1400.** Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | 23,966.50 | 194,393.60 |

Certified to be a true copy.

*[Signature]*
Priority Title & Escrow, LLC, Settlement Agent



Property Search   Real Estate Assessor Home

| 24188414010000 | PRIME CAPITAL VENTURES LLC | Total Value |
| --- | --- | --- |
| **600 Linkhorn Dr, Virginia Beach, VA, 234513958** | - | **$2,432,300** |

  



## OVERVIEW

### KEY INFORMATION

| GPIN (Parcel ID) | **24188414010000** |
| --- | --- |
| Situs Address | **600 Linkhorn Dr, Virginia Beach, VA, 234513958** |
| Mailing Address | **600 LINKHORN DR, VIRGINIA BEACH, VA, 23451-3917** |
| Owner 1 | **PRIME CAPITAL VENTURES LLC** |
| Owner 2 | **-** |
| Legal Description | **LINKHORN PARK SITE 157** |
| Council District | **D06** |
| Neighborhood | **Bay Colony** |
| Property Class | **Residential** |
| Class Description | **109 House and Apartment** |

### FY23/24 ASSESSMENT

| Land Value | **$635,000** |
| --- | --- |
| Improvement Value | **$1,797,300** |
| Total Value | **$2,432,300** |

## LAND INFORMATION

| CLASS DESCRIPTION | MAP BOOK | MAP PAGE | LAND USE | ZONING | LAND SIZE |
| --- | --- | --- | --- | --- | --- |
| 109 House and Apartment | 5 | 151 | No | R40 | 41,469.14 SF |

## BUILDING INFORMATION

R03 **-** 109 HOUSE AND APARTMENT

**SUMMARY GRID**

| Number of Stories | 2.0 | | Year Built | **2019** |
|---|---|---|---|---|
| Finished Living Area | **6,301 SF** | | Construction Quality | **Very Good** |
| Bedrooms | **5** | | Foundation | **Full Crawl** |
| Full Baths | **6** | | Cooling | **Central air** |
| Half Baths | **1** | | Heating | **Forced hot air** |
| Total Rooms | **10** | | Exterior Cover | **Cement fiber siding** |

**IMPROVEMENTS**

| USE CODE | DESCRIPTION | ID # | CONSTRUCTED YR. | SIZE |
|---|---|---|---|---|
| DWELL | Dwelling | D | 2019 | 6,301 SF |
| ATTGAR | Attached Garage | G01 | - | 994 SF |

**FLOOR DETAIL**

| FLOORS | FINISHED AREA |
|---|---|
| 1.0 | 3,924 SF |
| 2.0 | 2,377 SF |
| Total: | 6,301 SF |

**INTERIOR & EXTERIOR FEATURES**

| INTERIOR & EXTERIOR FEATURES | SIZE/COUNT |
|---|---|
| Kitchen - additional | 1 |
| Fireplace | 2 |
| Elevator - Residential | 1 |
| Open Masonry Porch | 280 |
| Open Masonry Porch | 430 |
| Wood Deck | 414 |

R04 **-** 109 HOUSE AND APARTMENT

R05 **-** 109 HOUSE AND APARTMENT

SALES INFORMATION

| | INSTRUMENT NO. | DEED BOOK | DEED PAGE | DEED DESCRIPTION | SALE DATE | SALE PRICE | MULTI-PARCEL |
|---|---|---|---|---|---|---|---|
| + | 202303003054 | - | - | Full Covenant and Warranty Deed | 01/31/2023 | $3,750,000 | NO |
| | Grantee | **PRIME CAPITAL VENTURES LLC** | | | | | |
| | Grantor | **BARKER CHARLES G** | | | | | |
| + | 20200302000466550 | - | - | BARGAIN SALE | 06/02/2020 | $2,200,000 | NO |
| | Grantee | **BARKER CHARLES G** | | | | | |
| | Grantor | **152 PINEWOOD ROAD LLC** | | | | | |
| + | 20170907000765070 | - | - | BARGAIN SALE | 09/07/2017 | $630,000 | NO |
| | Grantee | **152 PINEWOOD ROAD LLC** | | | | | |
| | Grantor | **WATSON LESLIE R** | | | | | |
| + | 20160531000452800 | - | - | Will | 05/31/2016 | $0 | NO |
| | Grantee | **WATSON LESLIE R** | | | | | |
| | Grantor | **WATSON RUTH BUTT** | | | | | |
| + | 000000000000000 | 0 | 0 | GENERAL WARRANTY | 07/05/1776 | $0 | NO |
| | Grantee | **WATSON RUTH BUTT** | | | | | |
| | Grantor | - | | | | | |

ASSESSMENT HISTORY

| FISCAL YEAR | LAND VALUE | IMPROVEMENT VALUE | TOTAL VALUE | TAX PER $100 | ANNUAL TAXES |
|---|---|---|---|---|---|
| 2024 | $635,000 | $1,797,300 | $2,432,300 | $0.99 | $24,079.78 |
| 2023 | $605,000 | $1,709,600 | $2,314,600 | $0.99 | $22,914.54 |
| 2022 | $565,000 | $1,005,800 | $1,570,800 | $0.99 | $15,550.92 |
| 2021 | $565,000 | $1,004,000 | $1,569,000 | $1.0175 | $15,964.58 |
| 2020 | $565,000 | $979,200 | $1,544,200 | $1.0175 | $15,712.24 |
| 2019 | $565,000 | $357,900 | $922,900 | $1.0025 | $9,252.08 |
| 2018 | $542,700 | $37,300 | $580,000 | $1.0025 | $5,814.50 |
| 2017 | $495,800 | $79,400 | $575,200 | $0.99 | $5,694.48 |
| 2016 | $469,000 | $72,100 | $541,100 | $0.99 | $5,356.90 |
| 2015 | $502,500 | $53,000 | $555,500 | $0.93 | $5,166.16 |
| 2014 | $502,500 | $47,300 | $549,800 | $0.93 | $5,113.14 |
| 2013 | $469,000 | $47,300 | $516,300 | $0.95 | $4,904.86 |
| 2012 | $469,000 | $47,300 | $516,300 | $0.89 | $4,595.08 |
| 2011 | $500,000 | $46,700 | $546,700 | $0.89 | $4,865.64 |
| 2010 | $609,700 | $51,900 | $661,600 | $0.89 | $5,888.24 |
| 2009 | $670,000 | $57,026 | $727,026 | $0.89 | $6,470.54 |
| 2008 | $670,000 | $57,026 | $727,026 | $0.89 | $6,470.54 |

Exemption programs such as Seniors, Disabled Persons, Veterans, Energy Efficient Buildings, etc. are not reflected in the Annual Taxes

## ANNUAL TAXES



## ANNUAL ASSESSMENT



## CITY SERVICES

| Voting Precinct | Voting Districts |
|---|---|
| **Precinct:** Precinct 1 - 001<br>**Location:** Galilee Episcopal Church<br>**Address:** 3928 Pacific Ave 23451<br>**Telephone:** 428-3573 | **Local Election:** District 6<br>**State Senate:** District 20<br>**House of Delegates:** District 99 |

Voters may check registration status & voter information online at https://vote.elections.virginia.gov/VoterInformation

| Police Precinct | Trash Pickup Services |
|---|---|
| **Police Precinct:** 2 | **Trash Collection:** TUESDAY<br>**Recycling Week:** Tuesday, January 2, 2024 |

## SCHOOLS

| Elementary School | Middle School | High School |
|---|---|---|
| LINKHORN PARK ELEMENTARY SCHOOL | VIRGINIA BEACH MIDDLE SCHOOL | FRANK W COX HIGH SCHOOL |
| **Address:** 977 First Colonial Road<br>**Phone:** 757-648-2920 | **Address:** 600 25th Street<br>**Phone:** 757-648-5050 | **Address:** 2425 Shorehaven Drive<br>**Phone:** 757-648-5250 |
| School Website | School Website | School Website |

***DISCLAIMER:*** Results on this site are not an official confirmation of school assignments. Official confirmation of school assignments will be made upon registration at the school.

If you are unable to find your assigned school or discover an error, please call the VB Schools Office of Demographics and Planning at 757-263-1055 (Monday through Friday 8:00 a.m. - 5:00 p.m.) or email us at vbschzone@vbschools.com.

Data last updated: 12/20/2023