**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

COMPASS-CHARLOTTE 1031, LLC,

                    Plaintiff,

         v.
                                  1:24-CV-55
                                  (MAD/DJS)

PRIME CAPITAL VENTURES, LLC, *et al.*,

                    Defendants.

## ORDER

The undersigned has determined that recusal is appropriate in this case pursuant to 28 U.S.C. § 455(a). Accordingly, this case must be assigned to a different Magistrate Judge.

**WHEREFORE**, it is hereby

**ORDERED**, that the undersigned disqualifies himself from assignment to this case in accordance with General Order 12(G)(7) and 28 U.S.C. § 455(a); and it is further

**ORDERED**, that in accordance with General Order 12(G)(7), the Clerk of the Court shall reassign this case at random; and it is further

**ORDERED**, that the Clerk of the Court shall serve this Order on all parties to this action in accordance with Local Rules.

**IT IS SO ORDERED**.

Dated:   January 16, 2024
           Albany, New York

                                                Daniel J. Stewart
                                                U.S. Magistrate Judge