UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
COMPASS-CHARLOTTE 1031, LLC

                       Plaintiff,

- against -                             **Case No. 24-cv-55 (MAD/DJS)**

PRIME CAPITAL VENTURES, LLC, BERONE
CAPITAL FUND, LP, BERONE CAPITAL
PARTNER, LLC, BERONE CAPITAL LLC,
BERONE CAPITAL EQUITY FUND I, LP,
405 MOTORSPORTS LLC F/K/A BERONE
CAPITAL EQUITY PARTNERS, LLC,

                       Defendants.
-------------------------------------------------------------------

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for the Receiver for Prime Capital Ventures, LLC, Berone Capital Fund, LP, Berone Capital Partner, LLC, Berone Capital LLC, Berone Capital Equity Fund I, LP, 405 Motorsports LLC f/k/a Berone Capital Equity Partners, LLC

Dated: January 16, 2024

                                                Respectfully submitted,

                                                /s/Peter M. Damin
                                                Peter M. Damin, Esq.
                                                LEMERY GREISLER LLC
                                                Office and P.O. Address
                                                677 Broadway, 8th Floor
                                                Albany, New York 12207
                                                Ph:  (518) 433-8800
                                                Fax:  (518) 433-8823

                                                pdamin@lemerygreisler.com