# EXHIBIT A

## Van Tol, Pieter

| | |
|---|---|
| **From:** | Van Tol, Pieter |
| **Sent:** | Wednesday, January 10, 2024 5:26 PM |
| **To:** | 'Chad Miesen' |
| **Subject:** | RE: Prime Capital Ventures/Prime Commercial Lending - 1800 Park Avenue LLC |
| **Importance:** | High |

Chad –

Sorry for the delayed response; we have been busy getting the involuntary case dismissed.

Our role is currently limited to acting as bankruptcy counsel for Prime Capital Ventures, LLC ("Prime Capital").  As I understand, your client's dispute is with Prime Commercial Lending LLC ("Prime Commercial"), not Prime Capital.  Indeed, I note your comments below that the funds have nothing do with Prime Capital or the bankruptcy.

I will pass this exchange along to the principals at Prime Commercial.  I would also suggest you contact deal counsel that was involved in the transaction between 1800 Park Avenue LLC and Prime Commercial, if any.

Regards,

Pieter

---

**From:** Chad Miesen <chad.miesen@carpenterhazlewood.com>
**Sent:** Wednesday, January 10, 2024 3:22 PM
**To:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Cc:** Chad Miesen <chad.miesen@carpenterhazlewood.com>
**Subject:** RE: Prime Capital Ventures/Prime Commercial Lending - 1800 Park Avenue LLC
**Importance:** High

**[EXTERNAL]**
Pieter – I never received a response to my email below sent Friday, January 5th. A lot has transpired since that time and I need an update. Where is my client's money and when will it be returned? If I don't hear from you shortly, my client will be forced to file something with the court to address the matter.


**Chad Miesen**, Esq.
Direct: 480-427-2860
chad.miesen@carpenterhazlewood.com
Licensed in AZ, TX, UT

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
www.carpenterhazlewood.com
800.743.9324          F: 800.743.0494
Arizona | Colorado | Texas

The information in this e-mail is ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL and is intended solely for the use by the individual or entity named above. If you believe that it has been sent to you in error, do not read it. Please reply

to the sender that you have received the message in error, then delete it.

THIS FIRM IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. YOU MAY OPT OUT OF RECEIVING FURTHER EMAIL COMMUNICATIONS FROM CARPENTER, HAZLEWOOD, DELGADO AND BOLEN AT THIS EMAIL ADDRESS BY REPLYING WITH AN EMAIL MESSAGE THAT HAS THE WORD 'STOP' IN THE SUBJECT LINE.

If your HOA account is in collection, you can make a payment by credit card or ACH. Click the following link: www.hoacollection.com . Please note that a $15.00 convenience fee applies to all credit card and ACH payments.

---

**From:** Chad Miesen <chad.miesen@carpenterhazlewood.com>
**Sent:** Friday, January 5, 2024 4:21 PM
**To:** pieter.vantol@hoganlovells.com
**Cc:** Chad Miesen <chad.miesen@carpenterhazlewood.com>
**Subject:** Prime Capital Ventures/Prime Commercial Lending - 1800 Park Avenue LLC

Pieter –

I represent 1800 Park Avenue LLC (Jeff Huston) who is the party I spoke about at today's hearing who deposited $5MM with Prime Commercial Lending LLC on December 22, 2023, pursuant to the attached Deposit Agreement. If your representation is limited to Prime Capital Ventures, LLC, and the bankruptcy action, please confirm and let me know who I should be contacting regarding this matter.

Based on the interim trustee's update at the hearing today, the money be in an account not under the control of the interim trustee. To the extent you have information, I need to know where that $5MM is. The money was in trust and Prime Commercial Lending LLC was merely a custodian of the funds—it is my client's property. Given the demand for return of the funds pursuant to the Deposit Agreement, and that the funds are not property of Prime Capital Ventures, LLC, or subject to the court's order or interim trustee, it is absolutely imperative that Prime/Kris Roglieri return the funds without any further delay.

My client doesn't need to be involved in the bankruptcy. And my client passes no judgment on the allegations made by the petitioning creditors. That being said, it does not inspire confidence that Prime has not returned my client's money and has been unable (or refused) to provide information as to the location of the money.

Please respond as soon as possible with information as to the whereabouts of my client's funds and when they will be wired back to my client. Without this, my client will have no choice but to take legal action. If you wish to discuss this in more detail over the phone, please feel free to call me at 480-427-2860.

**Chad Miesen**, Esq.
Direct: 480-427-2860
chad.miesen@carpenterhazlewood.com
Licensed in AZ, TX, UT

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

2

www.carpenterhazlewood.com
800.743.9324        F: 800.743.0494
Arizona | Colorado | Texas

The information in this e-mail is ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL and is intended solely for the use by the individual or entity named above. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it.

THIS FIRM IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. YOU MAY OPT OUT OF RECEIVING FURTHER EMAIL COMMUNICATIONS FROM CARPENTER, HAZLEWOOD, DELGADO AND BOLEN AT THIS EMAIL ADDRESS BY REPLYING WITH AN EMAIL MESSAGE THAT HAS THE WORD 'STOP' IN THE SUBJECT LINE.

If your HOA account is in collection, you can make a payment by credit card or ACH. Click the following link: www.hoacollection.com . Please note that a $15.00 convenience fee applies to all credit card and ACH payments.