# EXHIBIT B

# Van Tol, Pieter

| | |
|---|---|
| **From:** | Van Tol, Pieter <pieter.vantol@hoganlovells.com> |
| **Sent:** | Friday, January 12, 2024 6:49 PM |
| **To:** | Chad Miesen |
| **Subject:** | Re: Prime/1800 Park Avenue |

Chad —

We are now frozen again because Compass got an interim receiver appointed in the NDNY; we will be fighting that.

Regards,

Pieter

> On Jan 12, 2024, at 11:14 AM, Chad Miesen <chad.miesen@carpenterhazlewood.com> wrote:
>
> **[EXTERNAL]**
> Pieter – My client requested the funds back over a week ago. Prime had no problem moving the money from the PCV account to another account without court approval, but now seems concerned about giving my client his money back unless the court approves. My client is willing to discuss proceeding with the loan transaction, but if the funds aren't returned, then there is simply no deal to be had. Good will must be shown.
>
> I'm going to discuss with US Trustee's Office today the possibility of a stipulated order with Prime and the US Trustee. Can you confirm that your client is ready to move forward with that?
>
>
> **Chad Miesen**, Esq.
>
> Direct: 480-427-2860
> chad.miesen@carpenterhazlewood.com
> Licensed in AZ, TX, UT
>
> **CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
> www.carpenterhazlewood.com
> 800.743.9324         F: 800.743.0494
> Arizona | Colorado | Texas
>
> The information in this e-mail is ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL and is intended solely for the use by the individual or entity named above. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it.

THIS FIRM IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. YOU MAY OPT OUT OF RECEIVING FURTHER EMAIL COMMUNICATIONS FROM CARPENTER, HAZLEWOOD, DELGADO AND BOLEN AT THIS EMAIL ADDRESS BY REPLYING WITH AN EMAIL MESSAGE THAT HAS THE WORD 'STOP' IN THE SUBJECT LINE.

If your HOA account is in collection, you can make a payment by credit card or ACH. Click the following link: www.hoacollection.com . Please note that a $15.00 convenience fee applies to all credit card and ACH payments.

---

**From:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Sent:** Thursday, January 11, 2024 12:27 PM
**To:** Chad Miesen <chad.miesen@carpenterhazlewood.com>
**Subject:** Re: Prime/1800 Park Avenue

Thanks.  Let me pass that along.

> On Jan 11, 2024, at 2:26 PM, Chad Miesen <chad.miesen@carpenterhazlewood.com> wrote:
>
> **[EXTERNAL]**
> My client is interested in continued discussions to proceed, but not until return of the $5 million.
>
> **Chad Miesen**, Esq.
>
> Direct: 480-427-2860
> chad.miesen@carpenterhazlewood.com
> Licensed in AZ, TX, UT
>
> **CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**
> www.carpenterhazlewood.com
> 800.743.9324        F: 800.743.0494
> Arizona | Colorado | Texas
>
> The information in this e-mail is ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL and is intended solely for the use by the individual or entity named above. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it.
>
> THIS FIRM IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. YOU MAY OPT OUT OF RECEIVING FURTHER EMAIL COMMUNICATIONS FROM CARPENTER, HAZLEWOOD, DELGADO AND BOLEN AT THIS EMAIL ADDRESS BY REPLYING WITH AN EMAIL MESSAGE THAT HAS THE WORD 'STOP' IN THE SUBJECT LINE.

If your HOA account is in collection, you can make a payment by credit card or ACH. Click the following link: www.hoacollection.com . Please note that a $15.00 convenience fee applies to all credit card and ACH payments.

**From:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Sent:** Thursday, January 11, 2024 12:24 PM
**To:** Chad Miesen <chad.miesen@carpenterhazlewood.com>
**Subject:** Re: Prime/1800 Park Avenue

Thanks Chad. I spoke to the client. For clarity, they want to confirm with your client whether your client wants the $5 million back or wants to proceed with the transaction. Either way, we'll need to vet it with the US Trustee and the Court.

Regards,

Pieter

> On Jan 11, 2024, at 2:08 PM, Chad Miesen <chad.miesen@carpenterhazlewood.com> wrote:
>
> **[EXTERNAL]**
> Pieter – Good afternoon. Just following up on our conversation yesterday evening. Have you discussed the proposed joint letter/consent order with your client? I'd like to touch base with the US Trustee's Office today if possible.
>
> **Chad Miesen**, Esq.
>
> Direct: 480-427-2860
> chad.miesen@carpenterhazlewood.com
> Licensed in AZ, TX, UT
>
> **CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

www.carpenterhazlewood.com
800.743.9324        F: 800.743.0494
Arizona | Colorado | Texas

The information in this e-mail is ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL and is intended solely for the use by the individual or entity named above. If you believe that it has been sent to you in error, do not read it. Please reply to the sender that you have received the message in error, then delete it.

THIS FIRM IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. YOU MAY OPT OUT OF RECEIVING FURTHER EMAIL COMMUNICATIONS FROM CARPENTER, HAZLEWOOD, DELGADO AND BOLEN AT THIS EMAIL ADDRESS BY REPLYING WITH AN EMAIL MESSAGE THAT HAS THE WORD 'STOP' IN THE SUBJECT LINE.

If your HOA account is in collection, you can make a payment by credit card or ACH. Click the following link: www.hoacollection.com . Please note that a $15.00 convenience fee applies to all credit card and ACH payments.

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.