# EXHIBIT A

**Van Tol, Pieter**



**From:** William Morton <william@camshaftus.com>
**Sent:** Friday, December 29, 2023 5:26 PM
**To:** Massey, David B <david.massey@hoganlovells.com>
**Subject:** Re: Camshaft - Conflict Waiver

**[EXTERNAL]**
I confirm.

William

**From:** Massey, David B <david.massey@hoganlovells.com>
**Sent:** Friday, December 29, 2023 2:52 PM
**To:** William Morton <william@camshaftcapital.com>
**Cc:** Massey, David B <david.massey@hoganlovells.com>
**Subject:** Camshaft - Conflict Waiver


Will,

As you know, with your consent, HL has been retained as counsel by Prime in connection with the involuntary bankruptcy petition in the N.D.N.Y.  You have already confirmed orally that you waive any conflicts with respect to HL's representation of Prime in this proceeding.  Further, you have confirmed orally that you agree that HL cannot represent you as a potential creditor in a Prime bankruptcy proceeding.  Please confirm the same in response to this email for documentation purposes.

1

Best,
Dave

**David B Massey**
Partner

**Hogan Lovells US LLP**
600 Brickell Avenue
Suite 2700
Miami, FL  33131

Tel:      +1 305 459 6500
Direct:  +1 305 459 6678
Fax:     +1 305 459 6550
Email:  david.massey@hoganlovells.com
           www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.