# EXHIBIT B

# Van Tol, Pieter

| | |
|---|---|
| **From:** | kris@primecommerciallending.com |
| **Sent:** | Wednesday, January 17, 2024 2:47 PM |
| **To:** | Massey, David B |
| **Cc:** | Kimmy Humphrey; Bryant, Chris; Van Tol, Pieter |
| **Subject:** | Re: Prime - Conflict Waiver |

**[EXTERNAL]**
Confirmed
Sent from my iPhone

> On Jan 17, 2024, at 2:46 PM, Massey, David B <david.massey@hoganlovells.com> wrote:
>
> Kris,
>
> As you know, pursuant to your consent and direction, Prime retained HL as counsel for Prime in connection with the involuntary bankruptcy petition filed in the N.D.N.Y., and the receivership petition and related complaint filed in the N.D.N.Y.  You have already confirmed that you waive any conflicts with respect to HL's representation of Prime in these proceedings, including HL's representation of Camshaft in Florida state court.  Please confirm the same in response to this email for documentation purposes.
>
> Best,
> Dave
>
> **David B Massey**
> Partner
>
> **Hogan Lovells US LLP**
> 600 Brickell Avenue
> Suite 2700
> Miami, FL  33131
>
> Tel:     +1 305 459 6500
> Direct:  +1 305 459 6678
> Fax:     +1 305 459 6550
> Email:   david.massey@hoganlovells.com
>          www.hoganlovells.com
>
> *Please consider the environment before printing this e-mail.*
>
> ---
>
> **About Hogan Lovells**
> Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at [www.hoganlovells.com/en/privacy](www.hoganlovells.com/en/privacy).