# SEALED DECLARATION