# EXHIBIT 1

**Van Tol, Pieter**



---------- Forwarded message ---------
From: <kris@primecommerciallending.com>
Date: Tue, Dec 20, 2022 at 12:40 PM
Subject: FW: Additional Docs
To: Kimmy Humphrey <kimmy@primecommerciallending.com>


They responded.



Kris D. Roglieri

Prime Commercial Lending

www.PrimeCommercialLending.com

66 South Pearl Street 10<sup>th</sup> floor

Albany, NY 12207

Office: 866-708-4755

Fax: 518-677-1071


This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Fabian Stone <stone@beronecapital.com>
**Sent:** Tuesday, December 20, 2022 12:16 PM
**To:** kris@primecommerciallending.com; Gary Mills <gmills@reignfi.com>
**Cc:** Jeremiah Beguesse <jeremiah@beronecapital.com>; Giorgio Johnson <giorgio@reignccgroup.com>
**Subject:** Re: Additional Docs

Kris,

Please see the attached November statement.  I accept full responsibility on the delay and would like to address a few items from your email.

**Statement Delay**

We termed with Bolder Services on 11/28 and expected them to provide your last (Nov) statement to you – or in my expectation, send it to us so we can forward to you.  In the spirit of transparency, we termed our relationship with Bolder due to the account onboarding experience that we (and you) received upon subscribing to our Fund.  Contractually, Bolder was obligated to continue admin services for 90 days from notice which would not cause any disruption in your portal access – this did not occur.

**Fund Admin**

Although we termed with Bolder and are in process with Apex Group, our Fund is not without Admin services.  We are platformed with RBC Capital Markets which provides the oversight that 3rd party administrators provide – which is who provided your November monthly statement.  Unfortunately, they do not provide a portal which is why we need Apex to provide for that for you.

Re: timelines for Apex Group – we are contracted with them but will not have user portal access until they complete our onboarding which will not occur until minimum next month or February 1st at the latest.  I will send you the monthly RBC statements until your portal access is restored.  Again, I'd like to reiterate that our Fund is not without Admin services and your subscription is very secure and held at Royal Bank of Canada.

**Reign**

I would have to lean on @Gary Mills to provide updates regarding Reign Financial.

Thanks,



**Fabian Stone**

**Founder | Chief Operating Officer**

**Office :** (678) 619-1982

**Direct :** (678) 478-5803

**Email  :** stone@beronecapital.com

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

**From:** kris@primecommerciallending.com <kris@primecommerciallending.com>
**Date:** Tuesday, December 20, 2022 at 5:50 AM
**To:** Fabian Stone <stone@beronecapital.com>
**Cc:** Gary Mills <gmills@reignfi.com>, Jeremiah Beguesse <jeremiah@beronecapital.com>, Giorgio Johnson <giorgio@reignccgroup.com>
**Subject:** Re: Additional Docs

Fabian

As of this email we have not received anything you have indicated below. No account statements and no access to another third party administrator. I have asked several times when this will take place and your responses have led to false promises. The fact that we sent $20,000,000 dollars to you and now is not administered or accounted for via a third party is very concerning. We were told, assured and led to believe by Gary Mills that we would have a third party administrator at all times to assure that the money is safe and secure.

I'm trying to be reasonable here but I don't have much patience left especially when nothing that has been promised of how this entire process would develop has come true from either Rein or yourselves.

The last thing I want to to do is instruct my entire 45 person digital marketing company to take to the internet and convey what our experience has been with Berone Capital and the principles behind it. I would never want another perspective client to go through the same ordeal we have endured throughout this process. I have the resources, energy, staff and fortitude to convey our experience for years to come.

Gentlemen. In business I do what I say and say what I do and I expect the same from the party I'm transacting with to which I hold accountable without constant excuses.

Please let me know asap if you can provide what you have previously indicated you would provide (New third party administrator and account statements) by the end of this week.

Respectful

Kris D. Roglieri

On Dec 8, 2022, at 5:54 PM, Fabian Stone <stone@beronecapital.com> wrote:

Hi Kris,

We wanted to provide you with a status update.  We are still finalizing our new admin access and them onboarding us as a new Fund client.  Since this process is taking longer than initially anticipated, we

(Berone Capital) will keep you updated by sending out account statements until the portal access is activated.  We should have the first to you by EOD Monday.

Sorry for any inconvenience this may have caused but hope this will suffice in the interim.

Thanks,

Get Outlook for iOS

---

**From:** Fabian Stone <stone@beronecapital.com>
**Sent:** Monday, December 5, 2022 11:23:59 AM
**To:** kris@primecommerciallending.com <kris@primecommerciallending.com>
**Cc:** Gary Mills <gmills@reignfi.com>; Jeremiah Beguesse <jeremiah@beronecapital.com>
**Subject:** Re: Additional Docs

Hi Kris,

My apologies for the delayed response.  We are finalizing the paperwork with the new admin service and should have access to you in the next few days.

Thanks,



Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

**From:** kris@primecommerciallending.com <kris@primecommerciallending.com>
**Date:** Friday, December 2, 2022 at 5:26 PM
**To:** Fabian Stone <stone@beronecapital.com>
**Cc:** Gary Mills <gmills@reignfi.com>, Jeremiah Beguesse <jeremiah@beronecapital.com>
**Subject:** Re: Additional Docs

Hi Fabian, when will we get access to another third-party administrator?

Kris

Sent from my iPhone

On Nov 29, 2022, at 4:19 PM, Fabian Stone <stone@beronecapital.com> wrote:

Hi Kris,

On 11/28/2022, we have terminated our Admin services with Bolder Group.  This is only for Fund Administration and does not apply to any other services offered by our firm.

Hope this helps.  What additional answers can we provide?

Thanks,



**Fabian Stone**

**Founder | Chief Operating Officer**

**Office :** (678) 619-1982

**Direct :** (678) 478-5803

**Email :** stone@beronecapital.com

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

**From:** kris@primecommerciallending.com <kris@primecommerciallending.com>
**Date:** Tuesday, November 29, 2022 at 4:04 PM
**To:** Fabian Stone <stone@beronecapital.com>
**Cc:** Gary Mills <gmills@reignfi.com>, Jeremiah Beguesse <jeremiah@beronecapital.com>
**Subject:** Re: Additional Docs

Guys I need answers now. I just got off an interesting call with bolder.

Kris

&lt;image0.png&gt;

Sent from my iPhone

On Nov 8, 2022, at 9:07 AM, kris@primecommerciallending.com wrote:

Good morning,

Confirmed.

Thank you for your assistance in this.

Regards,

Kris D. Roglieri

Prime Commercial Lending

www.PrimeCommercialLending.com

66 South Pearl Street 10th floor

Albany, NY 12207

Office: 866-708-4755

Fax: 518-677-1071

9

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Fabian Stone <stone@beronecapital.com>
**Sent:** Monday, November 7, 2022 9:29 PM
**To:** kris@primecommerciallending.com
**Cc:** 'Gary Mills' <gmills@reignfi.com>; Jeremiah Beguesse <jeremiah@beronecapital.com>
**Subject:** Re: Additional Docs

Hi Kris,

Per Bolder, we were just informed that a new invite for access was sent to you.  Please confirm receipt.

Thanks,

<image001.png> | **Fabian Stone**
| **Founder | Chief Operating Officer**
| **Office :** (678) 619-1982
| **Direct :** (678) 478-5803
| **Email :** stone@beronecapital.com

10

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

**From:** Fabian Stone <stone@beronecapital.com>
**Date:** Monday, November 7, 2022 at 3:56 PM
**To:** kris@primecommerciallending.com <kris@primecommerciallending.com>
**Cc:** 'Gary Mills' <gmills@reignfi.com>, Jeremiah Beguesse <jeremiah@beronecapital.com>
**Subject:** Re: Additional Docs

Hi Kris,

On behalf of Berone Capital, I apologize for the delay in your client portal access.  We just had a conversation with Bolder and expressed our displeasure in their continued delay.  We demanded your portal to be expedited and not "sit in a queue."

Please see the attached Contribution Note from Bolder that we approved – which will be the first document you will see when you do receive portal access.

Hope this helps for now.

Thanks,

     **Fabian Stone**

**Founder | Chief Operating Officer**

**Office :** (678) 619-1982

**Direct :** (678) 478-5803

**Email :** stone@beronecapital.com

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

**From:** kris@primecommerciallending.com <kris@primecommerciallending.com>
**Date:** Monday, November 7, 2022 at 1:43 PM
**To:** Fabian Stone <stone@beronecapital.com>
**Cc:** 'Gary Mills' <gmills@reignfi.com>, Jeremiah Beguesse <jeremiah@beronecapital.com>
**Subject:** RE: Additional Docs

Good afternoon Gentlemen,

To date I still have not received the email. Can we follow up please with
Bolder?


Please advise,


Kris D. Roglieri

Prime Commercial Lending

www.PrimeCommercialLending.com

66 South Pearl Street 10<sup>th</sup> floor

Albany, NY 12207

Office: 866-708-4755

Fax: 518-677-1071


This email and any files transmitted with it are confidential and
intended solely for the use of the individual or entity to whom they are
addressed. If you have received this email in error please notify the
system manager. This message contains confidential information and is
intended only for the individual named. If you are not the named
addressee you should not disseminate, distribute or copy this e-mail.
Please notify the sender immediately by e-mail if you have received this
e-mail by mistake and delete this e-mail from your system. If you are
not the intended recipient you are notified that disclosing, copying,
distributing or taking any action in reliance on the contents of this
information is strictly prohibited.


**From:** Fabian Stone <stone@beronecapital.com>
**Sent:** Tuesday, November 1, 2022 9:59 PM
**To:** kris@primecommerciallending.com
**Cc:** Gary Mills <gmills@reignfi.com>; Jeremiah Beguesse
<jeremiah@beronecapital.com>
**Subject:** Re: Additional Docs


Hi Kris,

I sent the email while speaking with our Admin team.  The email should have been sent already.

I sent a follow-up email request for confirmation to our team at Bolder.  I will update you shortly.

Thanks,

<image001.png> | **Fabian Stone**
| **Founder | Chief Operating Officer**
| **Office :** (678) 619-1982
| **Direct :** (678) 478-5803
| **Email :** stone@beronecapital.com

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

**From:** kris@primecommerciallending.com
<kris@primecommerciallending.com>
**Date:** Tuesday, November 1, 2022 at 5:35 PM
**To:** Fabian Stone <stone@beronecapital.com>
**Cc:** Gary Mills <gmills@reignfi.com>, Jeremiah Beguesse
<jeremiah@beronecapital.com>
**Subject:** Re: Additional Docs

Fabian


When should we expect this?


Kris

Sent from my iPhone


> On Nov 1, 2022, at 9:38 AM, Fabian Stone
> <stone@beronecapital.com> wrote:
>
>
> Hi Kris,
>
>
> As an update, you should be receiving an email with
> your login credentials from our Admin service (Bolder
> Group).
>
>
> Please let me know if you have any further questions.
>
>
> Thanks,

**Error! Filename not specified.**

**Fabian Stone** | Founder & Chief Operating Officer

**Office :** (678) 619-1982
**Direct :** (678) 478-5803
**Email :** stone@beronecapital.com

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone
Capital") is responsible for any recommendation, solicitation, offer or

agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined. Information relating to securities is intended for use by individuals residing in GA,FL,NC,NY,CA,TX.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

---

**From:** Fabian Stone <stone@beronecapital.com>
**Sent:** Tuesday, November 1, 2022 7:27:32 AM
**To:** kris@primecommerciallending.com
<kris@primecommerciallending.com>
**Cc:** Gary Mills <gmills@reignfi.com>; Jeremiah Beguesse
<jeremiah@beronecapital.com>
**Subject:** Re: Additional Docs


Hi Kris,


I'll reach out to our Admins to get that information to you.  I will update you shortly.


Thanks,

|  | **Fabian Stone** \| Founder & Chief Operating Officer |
|---|---|
| **Error! Filename not specified.** | **Office :** (678) 619-1982 |
| | **Direct :** (678) 478-5803 |
| | **Email  :** stone@beronecapital.com |

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined. Information relating to securities is intended for use by individuals residing in GA,FL,NC,NY,CA,TX.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

---

**From:** kris@primecommerciallending.com <kris@primecommerciallending.com>
**Sent:** Monday, October 31, 2022 5:48:48 PM
**To:** Fabian Stone <stone@beronecapital.com>
**Cc:** Gary Mills <gmills@reignfi.com>; Jeremiah Beguesse <jeremiah@beronecapital.com>
**Subject:** Re: Additional Docs

Fabian

I have not received any emails with the third party account access. Gary indicated this would be done a few days following our deposit.

Can you please advise?

Regards

Kris

Sent from my iPhone

> On Oct 25, 2022, at 1:15 PM,
> kris@primecommerciallending.com
> wrote:

> Hello

Please see attached. We are a single
member LLC.


Kris D. Roglieri

Prime Commercial Lending

www.PrimeCommercialLending.com

66 South Pearl Street 10<sup>th</sup> floor

Albany, NY 12207

Office: 866-708-4755

Fax: 518-677-1071


This email and any files transmitted
with it are confidential and intended
solely for the use of the individual or
entity to whom they are addressed. If
you have received this email in error
please notify the system manager. This
message contains confidential
information and is intended only for the
individual named. If you are not the
named addressee you should not
disseminate, distribute or copy this e-
mail. Please notify the sender
immediately by e-mail if you have
received this e-mail by mistake and
delete this e-mail from your system. If
you are not the intended recipient you
are notified that disclosing, copying,
distributing or taking any action in
reliance on the contents of this
information is strictly prohibited.


**From:** Fabian Stone
<stone@beronecapital.com>
**Sent:** Tuesday, October 25, 2022 4:00

PM
**To:** kris@primecommerciallending.com
**Cc:** Gary Mills <gmills@reignfi.com>;
Jeremiah Beguesse
<jeremiah@beronecapital.com>
**Subject:** Additional Docs

Hi Kris,

I have the CIS/KYC documents that you
previously sent to ReignFi.  However,
our Fund Admin requested the below :

*He can send a copy of his utility bill or
similar document.  If a utility bill is not
available, he can also send a copy of his
driver's license as long as it lists his
current residential address.  In addition,
we also require a copy of the Operating
Agreement for Prime Capital Ventures
LLC.  Once these documents are
received, we will be able to finalize his
onboarding.*

Please reply back and I will forward
along to them to expedite processing.

Thanks,

<image001.png>

**Fabian Stone**

**Founder | Chief Operating Officer**

**Office :** (678) 619-1982

**Direct :** (678) 478-5803

**Email  :** stone@beronecapital.com

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

<image002.jpg>

--
**Kimberly Humphrey**
Prime Commercial Lending
66 South Pearl 10th Floor
Albany, NY 12207





# ACCOUNT STATEMENT

**November 1, 2022 - November 30, 2022**

Account number:

███ 0011

Page 1 of 5

BERONE CAPITAL FUND LP
for benefit of :

Prime Capital Ventures, LLC
66 South Pearl Street
10th Floor
Albany NY  12207
UNITED STATES
Attn:  Kris Roglieri

Partnership Account

Your Financial Advisor
**Jeremiah Beguesse**
**3595 Canton RD**
**Suite 312-223**
**Marietta GA  30066**
**Telephone:**     **(678) 619-1984**
**E-mail:**        **jeremiah@beronecapital.com**

## ACCOUNT VALUE SUMMARY

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| Beginning account value | **$ 20,000,000.00** | **$ 20,000,000.00** |
| Deposits | 20,000,000.00 | 20,000,000.00 |
| Withdrawals | 0.00 | 0.00 |
| Taxable income | 0.00 | 0.00 |
| Change in asset value | 0.00 | 0.00 |
| Ending account value | **$ 20,000,000.00** | **$ 20,000,000.00** |
| | | |
| Estimated annualized income | | **$ 19,492.00** |

*Please see "About Your Statement" on page 2 for further information.*

## YOUR MESSAGE BOARD

*RBC Clearing & Custody is a division of RBC Capital Markets, LLC (RBC CM), Member NYSE/FINRA/SIPC. RBC CM provides brokerage, back-office, and related services to investment advisors. RBC CM is the custodian of your brokerage account, and this statement is provided solely for that account.*

*If you have any questions, please reach out to your financial advisor.*



**Prime Capital Ventures, LLC**
**66 South Pearl Street / 10th Floor**

Account number:
███████0011
Page 2 of 5

**GO PAPERLESS** – Certain client documents are available for electronic delivery by accessing your account online at www.RBCAdvisorConnect.com. Upon signing up for this service, you will choose which documents you do not want to receive in the mail. You will then be notified by email when they are available for viewing and printing via the Internet. You may change your paperless elections at any time by going to the Suppress Mailings link on the website.

**ABOUT YOUR ACCOUNT** – This brokerage account statement is provided by RBC Capital Markets, LLC (RBC). RBC provides brokerage and custody services to you or to your advisor listed on this statement. RBC does not endorse or recommend any advisor or investment strategy for your account. The advisor, if listed, is responsible for all investment advisory services for your account. RBC only provides brokerage and custody services related to this account and has no responsibility to monitor the suitability of any trading activity by an advisor. Inquiries concerning the positions and balances in your account may be directed to us at 612-371-7830. All other inquiries regarding your account or the activity therein should be directed to your advisor. RBC may provide other products and services to your advisor that are unrelated to your account. The amount charged to the advisor by RBC for these additional products and services may be based in part on the amount of assets placed in RBC brokerage accounts, and therefore your advisor may have an incentive to recommend or require its clients to maintain brokerage accounts at RBC.

Securities in your account are protected up to $500,000 (cash up to $250,000) by the Securities Investor Protection Corporation (SIPC). RBC has purchased an additional policy covering up to $99.5 million per SIPC qualified account, subject to a total maximum aggregate for RBC of $400 million. This protection applies to the physical loss or destruction of your securities; it does not apply to any decline in the market value of your securities. Other investments shown on your statement but not held at RBC may not be protected by the SIPC or private insurance policies purchased by RBC. Certain investments and transactions are ineligible under SIPC such as commodity futures contracts and currency, as well as investment contracts (such as limited partnerships), fixed annuity contracts that are not registered with the U.S. Securities and Exchange Commission under the Securities Act of 1933 and foreign currency transactions. For more details, please talk to your advisor, contact SIPC for a brochure by calling 202-371-8300 or visit www.sipc.org.

All securities that we hold for you that are not registered in your name ("street name" securities) are commingled with identical securities being held for other clients. In the event that any such securities are "called" by the issuer, we will determine which clients' securities are redeemed using an impartial selection system, as required by Financial Industry Regulatory Authority (FINRA) rules. RBC's lottery procedures for callable securities may be found on our website at https://www.rbcclearingandcustody.com/en-us/legal/ under "Partial Redemption of Callable Securities". A printed copy of these procedures may be requested from your Financial Advisor.

To report a lost or stolen VISA Platinum® card, call 800-933-9946 or 877-486-3696. Questions regarding check activity, money funds balances and VISA Platinum® card activity should be directed to Client Account Services at 800-933-9946.

A financial statement of this organization is available for your personal inspection at its offices, or a copy of it will be mailed upon your written request.

If you have an option account, each of the transaction confirmations that we sent you itemizes the commissions that you have paid. Upon request, we will also furnish to you a statement of the total option commissions paid by you for this calendar year.

For a schedule of fees charged by RBC, you may visit Advisor Connect through your advisor's website or directly at www.rbcadvisorconnect.com where a list of fees is included in the section titled "other". Please contact your advisor with additional questions about the list of fees, or for help accessing Advisor Connect.

**ABOUT YOUR STATEMENT** – Statements are mailed monthly to clients who have transactions during the month that affect money balances and/or security positions. Statements are mailed quarterly to all other clients provided that their account contains a money or security balance. Please review these statements carefully, and keep them for your records. **If you note any discrepancies in your money balance, security positions, tax lots chosen for disposition, or unauthorized activity in your account, please report this to us immediately in writing at RBC Clearing & Custody, Attn: Client Service Team, 250 Nicollet Mall, Suite 1700, Minneapolis, MN 55401-1931 or at 612-371-7830. In addition, you should reconfirm any oral communications with us in writing to further protect your rights, including your rights under the Securities Investor Protection Act (SIPA).**

Your statement is intended to provide only a summary of activity in your account(s) for the statement period. The information provided on the statement includes, among other things, a snapshot of the value of your account(s), a summary of the income you received for the statement and year-to-date periods, contributions to traditional, Roth or other Individual Retirement Account(s), and transactions in mutual funds shares. The presentation of the value of your account(s) value, as well as changes in value, includes all deposits, withdrawals, and other changes in market value. It may also reflect a reduction in value as the result of the return of principal on certain fixed income securities. However, changes in the value of unpriced securities, special products, or accrued interest are not reflected.

If you have questions about your individual tax situation, please consult your tax advisor.

The prices for most securities and certain securities transactions reported on this statement are obtained from independent quotation services whose appraisal(s) are based on closing prices, bid-ask quotations or other factors; however, in some cases, RBC calculates prices for certain securities using information from independent and internal sources. If you hold municipal revenue bonds, please be aware that the price you may receive on their sale may vary significantly from the price shown on your statement. Moreover, certain securities may have unique valuation requirements. Certain securities prices may not be current as of the statement date, and certain adjustments to your holdings may not yet have been included. If you purchase and/or hold securities traded in a market outside of the United States, and/or denominated in a currency other than United States dollars, the price of those securities may be converted into United States dollars for inclusion on your statement. The risks of adverse changes in the value of non-United States currencies relative to the United States dollar are borne by you; RBC does not hedge or otherwise mitigate such risks. While we obtain pricing and currency conversion information from sources that we believe are reliable, RBC cannot guarantee the accuracy of the prices and currency conversion information that appear on your statement. You should always request a current valuation of your securities prior to making an investment decision or placing an order to buy or sell securities. Note that securities that are not actively traded have not been priced and, therefore, are excluded from the total shown in your summary.

RBC's Dividend Reinvestment Program (DRIP) is available to holders of eligible securities. For more information on the program, please refer to the terms and conditions of your agreement with us in the Client Account Agreement and the "Dividend Reinvestment Program Disclosure" which can be found at https://www.rbcclearingandcustody.com/en-us/legal/. If you have additional questions, please contact your Financial Advisor.

**Non-priced Securities** – Securities that are not actively traded and for which no independent quotation-service pricing is readily available are excluded from the (i) Market Price, (ii) Market Value and (iii) Account Summary Total sections of your statement. In these instances, the Market Value and Total Account Summary sections of the statement will reflect a $0.00 value for these securities until such time that they begin active trading and/or have a readily available independent quotation-service price. Accrued interest for non-priced (N/P) securities will be reflected on your statement where applicable. Examples of N/P securities may include, but are not limited to, auction rate securities, auction rate preferred securities and certain structured products and over-the-counter equity securities.

If you have elected to receive interest on free credit balances maintained in your account, please be advised that under federal securities laws and the rules of FINRA, we are permitted to pay such interest only on balances arising as an incidence of securities trading activities. We may use a free credit balance in our account in the course of our business, subject to limitations of 17CFR Section 240.15c3–3 under the Securities Exchange Act of 1934. You may demand and receive from us during normal business hours the delivery of any free credit balances or fully-paid securities in your account, and/or any securities purchased in your loan account upon full payment of any indebtedness to us. Any balance in the RBC Insured Deposits or shares in a money market fund in your account may be liquidated on your order and the proceeds returned to your account or remitted to you upon the full payment of any indebtedness to us.

If this is an RBC Express Credit™ (margin) account and we maintain a special memorandum account for you, this is a combined statement of both your general account and the special memorandum account maintained for you under Regulation T of the Federal Reserve system. The permanent record of the special memorandum account as required by Regulation T is available for your inspection at your request. RBC reserves the right to limit RBC Express Credit (margin) purchases and short sales and to alter its margin requirements and due dates for house or other margin calls in accordance with the firm's guidelines, market conditions and regulatory requirements.

The prices reported on your RBC statement for securities issued through or by a Direct Participation Program, Real Estate Investment Trust, or private securities, including hedge funds are estimates. RBC does not calculate the prices of these securities, and has not confirmed these prices or verified that they are determined correctly. Instead, RBC relies on independent quotation services or the management, trustee or general partner of the issuer of the securities to provide such prices. The prices may be based on independent appraisals, the book value of the entity's assets, the prices paid or offered for the securities, or another method or basis (or a combination of any of these). These securities are illiquid, and do not trade in a public market. Consequently, the estimated value of the securities (which is shown on your statement) may not equal the amount(s) that you receive if you attempt to sell your investment. In some cases, accurate valuation information relating to these securities may not be available. For current or estimated price information on the estimated value of the securities, the source of the actual or estimated value of the securities, or the method by which the value was determined or estimated, please call 866-295-8555.

FINRA BrokerCheck Hotline – FINRA has made available to investors a pamphlet describing FINRA BrokerCheck for your information. To obtain a copy of the brochure, please contact FINRA at 800-289-9999 or visit their website at www.finra.org.

**Same Day Cash Sweep Redemptions** – If your transaction has the description "Same Day", the transaction you requested required same day payment—RBC retained the last day's dividend to offset the cost of advancing a same day payment on your behalf. For more information see the "Cash Sweep Program Overview" on our public website at https://www.rbcclearingandcustody.com/en-us/legal/, as well as "Program Banks" under RBC Insured Deposits.



BERONE
C A P I T A L



# ACCOUNT STATEMENT
**November 1, 2022 - November 30, 2022**



Account number:
████0011
Page 3 of 5

## ASSET ALLOCATION SUMMARY



| | CURRENT VALUE | PERCENT |
|---|---|---|
| ☐ Cash & Cash Alternatives | $ 20,000,000.00 | 100% |
| ◼ Equity | 0.00 | 0% |
| **Current account value** | **$ 20,000,000.00** | **100%** |

*Mutual funds are included in the above categories. Funds that invest in more than one category are reported as "Mixed Assets."*
*The Cash & Cash Alternatives figure is net of debits including any RBC Express Credit (margin) debit, if applicable.*

## GAIN/ LOSS SUMMARY

| | THIS PERIOD | THIS YEAR |
|---|---|---|
| Total realized gain or loss | $ 0.00 | $ 0.00 |
| Short- term gain or loss | 0.00 | 0.00 |
| Long- term gain or loss | 0.00 | 0.00 |
| | | As Of November 30, 2022 |
| Unrealized gain or loss | | $ 0.00 |

*Please see "About Your Statement" on page 2 for further information.*

## ACTIVITY SUMMARY

| | |
|---|---|
| Total account value last statement | **$ 0.00** |
| **Cash activity** | |
| Beginning balance | |
| Money coming into your account | |
| Deposits | 20,000,000.00 |
| Interest | |
| Dividends | |
| Total | **$ 20,000,000.00** |
| Money going out of your account | |
| Funds to purchase securities | |
| Cash withdrawals | |
| Fees | |
| Total | |
| Ending balance | **$ 0.00** |
| Net change cash activity | **$ 20,000,000.00** |
| **Change in security value** | |
| Beginning value of priced securities | |
| Securities purchased | |
| Change in value of priced securities | |
| Ending value of priced securities | |
| Net change in securities value | |
| **Total account value as of November 30, 2022** | **$ 20,000,000.00** |





# ACCOUNT STATEMENT
**November 1, 2022 - November 30, 2022**



Account number:
███ **011**
Page 4 of 5

## ACTIVITY DETAIL

*Realized gain/loss column includes fees and commissions. It does not include accrued interest.*

*Purchases, sales and other activity all represent an exchange of cash and/or money market funds for securities and, as such, do not represent deposits to or withdrawals from your account. Account value changes due to commissions, mark ups, mark downs and accrued interest are shown in the "Change in value of priced securities" line of the Account Value Summary.*

*\* Information that appears in these columns may be based on information provided by you or at your direction; RBC has not verified such data.*
*Please see "About Your Statement" on page 2 for further information.*

PURCHASES

Regular Purchases

| DATE | DESCRIPTION | QUANTITY | PRICE | NET COST/ ACCRUED INTEREST | COMMENTS |
|------|-------------|----------|-------|----------------------------|----------|
| | | | | | |

TOTAL PURCHASES

DEPOSITS

Cash deposits

| DATE | DESCRIPTION | | | AMOUNT | COMMENTS |
|------|-------------|--|--|--------|----------|
| 10/26/22 | SIGNATURE BK NY RECD FUNDS WIRED | 20221026B6B7261F005264 | | $20,000,000.00 | |
| TOTAL DEPOSITS | | | | $20,000,000.00 | |

WITHDRAWALS

Cash withdrawals

| DATE | DESCRIPTION | | | AMOUNT | COMMENTS |
|------|-------------|--|--|--------|----------|
| | | | | | |

**TOTAL CASH WITHDRAWLS**



# ACCOUNT STATEMENT
## November 1, 2022 - November 30, 2022



## Conditions

- RBC Capital Markets, LLC (RBC) Member NYSE/FINRA/SIPC, is an indirect, wholly owned subsidiary of Royal Bank of Canada.
- This transaction is subject to the rules, regulations, practices and customs of the exchange and its clearinghouse, if any, where the transaction was executed, or of the Financial Industry Regulatory Authority if not executed on an exchange. This transaction may have incurred other fees which may include handling fees or transaction fees paid to an exchange. A complete breakdown of fees associated with this transaction will be provided upon your written request.
- We will also provide upon written request the date and time when this transaction took place and the name of the other party to the transaction.
- Any order for your account(s) may be aggregated with orders for the account(s) of other clients and executed as one order. As a result, you may receive a price or average price that is different than the price or average price that you would have received had your order not been aggregated. In addition, aggregation of your order with orders of other clients may result in your order being only partially completed.
- RBC has established electronic connectivity with certain exchanges, broker-dealers and/or other market centers (collectively, "market centers") for the purpose of routing orders in equity securities and options for executions. These connections have been entered into based upon the execution quality provided by these market centers, evaluated on the basis of price improvement performance, liquidity enhancement, and speed of execution. For options orders, RBC receives payment in the form of rebates and credits against fees in return for routing client orders. Any remuneration that RBC receives for directing orders to any market center will not accrue to your account. RBC contracts with a third-party vendor, S3 Matching Technologies, LP, to receive execution metrics to meet its best execution requirement under FINRA rules. RBC has arranged for its market centers to remit payment for a portion of this service based on previous years' volumes routed to each destination. RBC may execute the order itself or with other market centers. The source and nature of the compensation received by RBC in connection with the transaction described on this confirmation will be provided upon your written request. For information with respect to RBC C&C's handling of customer orders see "SEC Oder Handling Disclosures" at www.rbccustodyandclearing.com/legal/. Should you desire a written copy of this information, contact your financial advisor.
- If this transaction involves when-issued securities, payment therefor and delivery thereof shall be made in accordance with the terms of a subsequent confirmation to be delivered on the date the securities are issued.
- Complete information about call features will be provided upon request. In the case of debt securities, call features may exist which could affect yield. The actual yield of an asset–backed security (securities which represent an interest in or are secured by a pool or receivables or other financial assets that are subject to continuous payment) may vary according to the rate at which the underlying assets are prepaid. Additional information concerning the factors that affect yield will be provided upon written request.
- If this is an averaged price transaction, details regarding the actual prices are available upon request.
- Payment for securities purchased and delivery of securities sold are due promptly on the settlement date. Until payment is made by you, securities purchases by you or held by us for your account are or may be hypothecated and commingled with securities carried for other clients. If payment or delivery is not made by the settlement date, we reserve the right without further notice to charge interest on the amount due shown on the face hereof, at our current rate on client general accounts, or to sell securities purchased and hold you liable for any loss thereby incurred, or to cancel this transaction.
- This confirmation shall be deemed to be correct unless written notice of correction is immediately delivered to us.
- Unless you indicate non–consent in writing, this agreement shall inure to and be binding upon RBC's successors and assigns, and your administrators, legal representatives and assigns.
- You may be eligible for breakpoint discounts based on the size of your purchase, current holdings, or future purchases. The sales charge you paid may differ slightly from the prospectus-disclosed rate due to rounding calculations. Please refer to the Prospectus or Statement of Additional Information, or contact your Financial Advisor for further information.
- Auction Rate Securities: See "Auction Rate Procedures" on our public website at rbcwm.com/disclosures for a written description of our material auction practices and procedures. Please contact your Financial Advisor to request that a copy be mailed to you.
- Variable Rate Demand Bonds/Notes/Obligations: See "Variable Rate Demand Notice" on our public website at rbcwm.com/disclosures for a notice regarding the risk considerations relating to the Remarketing Agent's role and duties. Please contact your Financial Advisor to request that a copy be mailed to you.
- This transaction may be subject to the "U.S. Treasury Securities Fails Charge Trading Practice" and the "Agency Debt and Agency Mortgage-Backed Securities Fails Charge Trading Practice," published by the Treasury Market Practices Group and the Securities Industry and Financial Markets Association and available at www.sifma.org/resources/general/fails-charge-trading-practices/
- Investments and transactions that are ineligible for SIPC protection are commodity futures contracts and currency, as well as investment contracts (such as limited partnerships), fixed annuity contracts that are not registered with the U.S. Securities and Exchange Commission under the Securities Act of 1933 and foreign currency transactions.
- For a buy, any mark-up is calculated as the price you paid for the security in this transaction minus the prevailing market price of the security at the time you bought it. For a sell, any mark-down is calculated as the prevailing market price of the security at the time you sold it minus the amount you received in this transaction.

**PLEASE RETAIN THIS CONFIRMATION FOR INCOME TAX PURPOSES.**

## Transaction Type (first digit defines Market and second digit defines Capacity)

### Market

| | |
|---|---|
| 1 | New York Stock Exchange |
| 2 | NYSE Alternext/NYSE AMEX Options |
| 3 | Market/Exchange of execution available upon request |
| 4 | Mutual Funds |
| 5 | CBOE Options or Canadian Stock Exchange |
| 6 | Over the Counter |
| 7 | Syndicate |
| 8 | Foreign Stock Exchanges |
| 9 | NASDAQ/NASDAQ Options Market |
| A | Chicago Stock Exchange |
| B | National Stock Exchange |
| C | NASDAQ OMX BX/Boston Options Exchange |
| D | International Securities Exchange |
| E | ARCA/Pacific Stock Exchange |
| F | NASDAQ OMX PHLX Stock Exchange |
| O | Other Exchange |

### Capacity in which we are acting

| | |
|---|---|
| 1-5 | As agent |
| 6 | We have acted as agent for both buyer and seller; source and amount of our commissions or other remunerations in this trade will be provided on written request. |
| 7 | We, as principal, have sold to you or bought from you and may have received a profit from the transaction. |
| 8 | Special: No commission is being charged to you. We are being paid a commission by the other party to this transaction. Details available on written request. |
| 9 | As specialist, we are a specialist in this security and we are acting for our own account in this transaction. |

*If the letter "P" appears in the transaction type box, postage and handling fees have been charged and are included in the Commission/Handling amount.*

**Credit Ratings** – by Moody's/Standard & Poor's (Ratings are either short-term or long-term, depending on the duration of the note.)

| Non-Rated | |
|---|---|
| NR | Not being rated by the rating agencies does not necessarily reflect credit-worthiness |
| **Withdrawn Rating** | |
| WR | Formerly rated by Moody's but withdrawn for either business or credit concerns. |
| **Issue Rating** | |
| | The optimal rating available on a note, including all insurance and enhancement programs. |
| **Underlying Rating** | |
| | The rating on the note solely based on the issuer's payment ability exclusive of insurance and enhancement programs. |
| **Investment Grade** | |
| Aaa/AAA | Highest possible rating; optimal ability to pay principal and interest until maturity. |
| Aa3 to Aa1/AA- to AA+ | High quality; excellent ability to pay principal and interest until maturity. |
| A3 to A1/A- to A+ | Good ability to pay principal and interest until maturity |
| Baa3 to Baa1/BBB- to BBB+ | Adequate ability to pay principal and interest until maturity. |
| **Non-Investment Grade** | |
| Ba3 to Ba1/BB- to BB+ | Speculative; marginal ability to pay principal and interest until maturity. |
| Ba to B3/B- to B+ | Highly speculative; very questionable ability to pay principal and interest until maturity. |
| C to Caa1/D to CCC+ | Either high risk of default or currently in default. |

Additional information regarding the risks associated with "Below Investment Grade" bonds is available upon request.

# - Issue secured by escrowed funds held in trust which are reinvested in direct, non-callable U.S. Government obligations or non-callable obligations unconditionally guaranteed by the U.S. Government or Resolution Funding Corporation.