# EXHIBIT 3



**[EXTERNAL]**

---------- Forwarded message ---------
From: **Kris Roglieri** <kris@commercialcapitaltraining.com>
Date: Wed, Apr 26, 2023 at 11:32 AM
Subject: FW: Statement
To: <kimmy@primecommerciallending.com>




Kris D. Roglieri

Commercial Capital Training Group

66 South Pearl St 10th Floor

Albany, NY 12207

Phone: 518-694-3047

www.commercialcapitaltraining.com

---

**From:** Fabian Stone <stone@beronecapital.com>
**Sent:** Wednesday, April 26, 2023 11:19 AM
**To:** Kris Roglieri <kris@commercialcapitaltraining.com>; Jeremiah Beguesse <jeremiah@beronecapital.com>
**Subject:** Re: Statement



Hi Kris,



Please see the attached statements for Jan, Feb, & March.

1

Thanks,



**Fabian Stone**

**Founder | Chief Operating Officer**

**Office :** (678) 619-1982

**Direct :** (678) 478-5803

**Email  :** stone@beronecapital.com

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

**From:** Kris Roglieri <kris@commercialcapitaltraining.com>
**Date:** Tuesday, April 25, 2023 at 8:15 PM
**To:** Jeremiah Beguesse <jeremiah@beronecapital.com>
**Cc:** Fabian Stone <stone@beronecapital.com>
**Subject:** Statement

Good evening

Did we have any progress on giving us a statement?

Kris

Sent from my iPhone

2

--
**Kimberly Humphrey**
Prime Commercial Lending
66 South Pearl 10th Floor
Albany, NY 12207