# EXHIBIT 10



5151 Corporate Drive
Troy, Michigan 48098-2639
Phone: (248) 312-5521
www.flagstar.com

Date: January 18, 2024

**VIA ELECTRONIC DELIVERY**

RE: Berone Capital Fund LP

To Whom It May Concern:

The responsive documents for the above referenced and attached Subpoena have been produced to this electronic workspace that will allow you to view and/or download the documents. The documents included are relevant to **your specific request** and include the following:

_x_  Bank Account Records         ___ Mortgage Loan Documents

___ Bank of First Deposit         ___ Video         ___ Other

___ Custodian of Records Affidavit

_x_  This subpoena is satisfied.

*(If applicable: Please be advised, there is limited, if any, documentation available beyond the Bank's applicable retention period. In addition, documents/transactions that do not fall within the scope of the Subpoena have been removed/redacted)*

Please be advised that Signature Bank ("Signature") was closed on March 12, 2023 by the New York State Department of Financial Services, and the Federal Deposit Insurance Corporation ("FDIC") was named Receiver. The FDIC established Signature Bridge Bank, N.A. ("Bridge Bank"), and on March 20, 2023, Flagstar acquired certain assets and assumed certain liabilities of the Bridge Bank. Other assets and liabilities remained in receivership with the FDIC.

**The portion of your request seeking records of ▮▮▮▮▮▮3581 are in receivership with the FDIC. Therefore, we are unable to comply with that portion of the request. Please reach out to the FDIC for further processing. You may re-serve the Claim Notice using the service of process information on the FDIC's website, which is currently available at the following web address: https://www.fdic.gov/contact/agents-for-service-of-process.Thank You,**

CONFIDENTIALITY REQUEST

**The accompanying documents contain certain sensitive, confidential, and/or nonpublic information such as Social Security numbers, dates of birth, and bank account numbers, and this information may have been partially redacted in accordance with our procedures. Further, the enclosed documents should be treated as confidential and shall only be disclosed to the parties, attorneys, witnesses, court personnel, and other persons that need to be involved in the resolution of this case. The information in these documents shall only be used in connection with this matter, and the documents produced shall be promptly destroyed upon the conclusion of the same.**

Should you have any questions, feel free to contact me at Katie.Francek@Flagstar.com.

Sincerely,

Katie Francek
Senior Paralegal/Subpoena Manager
Legal Department
Office: (248)312-5521
Flagstar Bank, N.A.
5151 Corporate Drive
Troy, MI 48098