UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

COMPASS-CHARLOTTE 1031, LLC,

                      Plaintiff,

-against-

PRIME CAPITAL VENTURES, LLC
BERONE CAPITAL FUND, LP
BERONE CAPITAL PARTNERS LLC
BERONE CAPITAL LLC
BERONE CAPITAL EQUITY FUND I, LP
405 MOTORSPORTS LLC f/k/a Berone Capital Equity
Partners LLC

                      Defendants.

Case No.: 24-cv-55

---

## ORDER

The Court, having considered Compass-Charlotte 1031, LLC's Application for Leave to File Under Seal, and good cause appearing therefore pursuant to Local Rules 5.2-5.3, and Administrative Procedures for Electronic Case Filing – General Order No. 22 §12.2, it is hereby:

    1.    **ORDERED**, the Clerk of the Court is to file this Sealing Order on the public docket; and it is further

    2.    **ORDERED**, the Clerk of the Court is directed to file the sealed material—including the Declaration of William L. Esser, IV. Esq. and all exhibits annexed thereto—in the traditional manner in a sealed envelope, marked "SEALED", in accordance with Administrative Procedures for Electronic Case Filing – General Order No. 22 §12.2.

**IT IS ORDERED**.  - January 22, 2024

*/s/ Mae A. D'Agostino*
Hon. Mae A. D'Agostino
United States District Court Judge