


Hogan Lovells US LLP
1735 Market Street, 23rd Floor, Philadelphia, PA 19103
T: + 1 267 675 4600
F: + 1 267 675 4601
www.hoganlovells.com

January 16, 2024

John M. Domurad
James T. Foley, U.S. Courthouse
445 Broadway, Room 509
Albany, New York 12207-2936
(518) 257-1800

Re:   Compass-Charlotte 1031, LLC vs. Prime Capital Ventures, LLC
      NYND CASE NO. 1:24-cv-55 (MAD/DJS)

Dear Mr. Domurad:

I am in receipt of your letter dated January 16, 2024 regarding my appearance as counsel in the above caption matter.

I do not intend to appear as counsel of record in the above caption matter, and therefore will not be filing a request for formal admission with the court. If you have any questions, please contact me at the below phone number or email address.

Sincerely,

Kevin J. Carey

Senior Counsel
kevin.carey@hoganlovells.com
D (267) 675-4614





SOUTH JERSEY NJ  080

18 JAN 2024  PM 5  L

John M. Domurad
James T. Foley, U.S. Courthouse
445 Broadway, Room 509
Albany, NY  12207-2936



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

JAN 2 2 2024

RECEIVED

12207-293699