AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-55 (MAD/DJS)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Berone Capital LLC**

was received by me on *(date)* **01/15/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Cindy Brown, Authorized Representative**, who is designated by law to accept service of process on behalf of *(name of organization)* **Berone Capital LLC** on *(date)* **01/16/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **01/16/2024**

*Server's signature*

**Stephen A. Kempski, Process Server**
*Printed name and title*

364 E. Main St., Suite 309
Middletown, DE 19709
800-637-1805
*Server's address*

Additional information regarding attempted service, etc:
Service on: Berone Capital LLC
Attn: A Registered Agent, Inc. - Registered Agent
8 The Green, Suite A, Dover, DE 19901

Served to: Cindy Brown, Authorized Representative
(female, black, 50s, 5'8", 150 lbs, black hair, glasses)
01/16/2024 at 10:48 AM

Documents served: Summons in a Civil Action, Verified Complaint, Exhibit(s)

[Print]  [Save As...]  [Reset]