**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
COMPASS-CHARLOTTE 1031, LLC, :
:
              Plaintiff, :
:
      v. : Case No. 24-cv-00055 (MAD/CJH)
:
PRIME CAPITAL VENTURES, LLC :
BERONE CAPITAL FUND, LP, :
BERONE CAPITAL PARTNERS LLC, :
BERONE CAPITAL LLC, :
BERONE CAPITAL EQUITY FUND I, LP, :
and 405 MOTORSPORTS LLC f/k/a Berone :
Capital Equity Partners LLC, :
:
              Defendants. :
------------------------------------------------------------x

### NOTICE OF APPEAL OF DEFENDANT
### PRIME CAPITAL VENTURES, LLC

PLEASE TAKE NOTICE that Defendant Prime Capital Ventures, LLC ("Prime Capital") hereby appeals to the United States Court of Appeals for the Second Circuit from the order granting Plaintiff's motion to appoint a permanent receiver as to Prime Capital and related relief, which was entered in this action on January 24, 2024. (*See* ECF #56.)

1

| | |
|---|---|
| Dated: January 26, 2024 | Respectfully submitted, |
| | HOGAN LOVELLS US LLP |
| | By: */s/ Pieter Van Tol* |
| | Pieter Van Tol (Bar Roll # 508405)<br>Chris Bryant (admitted *pro hac vice*)<br>Peter Bautz<br>390 Madison Avenue<br>New York, NY  10017<br>Tel: (212) 918-3000<br>Fax: (212) 918-3100<br>pieter.vantol@hoganlovells.com<br>chris.bryant@hoganlovells.com<br>peter.bautz@hoganlovells.com |
| | *Attorneys for Defendant Prime Capital Ventures, LLC* |

To:   Clerk of the Court
      United States District Court
      Northern District of New York
      James T. Foley U.S. Courthouse
      445 Broadway
      Albany, NY 12207