UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
COMPASS-CHARLOTTE 1031, LLC

                            Plaintiff,

        - against -                                **Case No. 24-cv-55 (MAD/DJS)**

PRIME CAPITAL VENTURES, LLC, BERONE
CAPITAL FUND, LP, BERONE CAPITAL
PARTNER, LLC, BERONE CAPITAL LLC,
BERONE CAPITAL EQUITY FUND I, LP,
405 MOTORSPORTS LLC F/K/A BERONE
CAPITAL EQUITY PARTNERS, LLC,

                            Defendants.
----------------------------------------------------------------

## <u>SECOND REPORT OF TEMPORARY RECEIVER</u>

To:    Hon. Mae D'Agostino, United States District Court Judge

        Paul A. Levine, Esq, Permanent Receiver (the "Receiver"), respectfully reports to the

Court as follows:

        1.      On Sunday January 14th, the Receiver sent an email request to Prime's attorney

for information and documents.  The email requested:

- The location and be given access to the paper files (to the extent they exist) of all defendants.
- The location and be given necessary passwords and other login information for the computer networks for all defendants.
- The name and contact information for any IT vendors.
- The name of any person with offsite computer access to the Defendants' computer networks.
- The name and contact information for any law firms who have represented the Defendants as well as any accountants, auditors and / or tax preparers.
- The lease to the premises.
- The identity and any necessary login information for all bank, brokerage and other financial accounts maintained by all defendants.

- Any lists of current payables, current accounts receivable and any other pressing obligations of any defendant.
- The most current financial statements for each defendant, whether externally or internally prepared, even if just from a program like Quick Books or manually prepared.
- The last filed tax returns for each defendant.
- All loan agreements or other agreements by and by and between any third party by which any defendant agreed to locate and obtain financing for any third party.
- All loan documents reflecting any loans owed by Defendants to any third parties.
- All agreements between the defendants.
- Titles to all real estate and any vehicles owned by the defendants including, but not limited to, the house in Virginia Beach.
- Copies of any lease agreements for the house in Virginia Beach.
- Mortgage and any other financing documents concerning the house in Virginia Beach.
- Tax bills, utility bills, insurance documents all concerning the house in Virginia Beach.
- Documents concerning any lawsuits or other non-court claims (i.e. arbitrations) being pursued by the defendants.
- With respect to your law firm and Cullen & Dykeman

  - A copy of your law firm's retainer agreement, and the retainer agreement with Cullen & Dykeman, with any defendant.
  - Evidence of the amount of retainer, if any, your law firm was paid and / or Cullen Dykeman was paid.
  - Evidence showing the source (i.e. bank or other financial account) from which any retainer was paid.
  - Subject to any privilege, but while reserving my right to assert that I can waive the privilege as receiver, any documents provided by the defendants to your law firm.
  - Please note that this request is made, in addition to the defendants, directly to your law firm.

- Documents evidencing current employees so I can identify who they are and what they do.
- Documents concerning payroll, employee benefits such as, but not limited to, health insurance, retirement plans, disability plans etc.

2.      In recent days the Trustee received limited portions of the requested information from the former Chapter 7 Trustee in Prime's involuntary bankruptcy but the bulk of the information and documents have not been provided.

3.      By letter dated January 22, 2024 to Prime's attorney, the Receiver requested that the information be provided by January 24, 2024.  Exhibit "A." It was not provided.

4.      By letter dated January 23, 2024, the Receiver also requested that proof of Prime's transmittal of monies to the Berone entities also be provided by January 24th.  Exhibit "B." That information has not been provided.

5.      Further, the Receiver has become aware that a watch was purchased by Prime in January, 2023 for **$2,225,000**.  Exhibit "C."  The Receiver has demanded through Prime's attorneys the immediate turnover of the watch but, as of this report, the watch has not been turned over, nor has any information been provided as to its disposition.

6.      The failure to provide the information is impeding the Receiver's efforts but he is nonetheless actively discharging his duties.

WHEREFORE it is respectfully requested that the Court consider this Second Report and grant such other and further relief as is just, necessary and proper.

Dated: January 26, 2024

Respectfully submitted,

 /s/Paul A. Levine
Paul A. Levine, Esq.
RECEIVER
LEMERY GREISLER LLC
Office and P.O. Address
677 Broadway, 8th Floor
Albany, New York 12207
Ph:  (518) 433-8800
Fax:  (518) 433-8823

plevine@lemerygreisler.com

# EXHIBIT "A"

# Lemery Greisler LLC

Attorneys at Law

Paul A. Levine, Member

plevine@lemerygreisler.com
(518) 433-8800 ext. 313

January 22, 2024

**VIA E-MAIL**
pieter.vantol@hoganlovells.com

Pieter Van Tol, Esq.
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017

> **Re:**   **Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC, et al.**
> **24-cv-00055**

Dear Pieter:

    Please make sure your client produces the documents requested by my email to you of January 14, 2024 not later than close of business on Wednesday January 24, which will be ten days following my email which seems more than sufficient time for Mr. Roglieri to have gathered the materials.

    Thank you.

Very truly yours,

LEMERY GREISLER LLC

Paul A. Levine

PAL:ph
cc:    (Via E-mail)
    Will Esser, Esq. (willesser@parkerpoe.com)
    Chris Fenlon, Esq. (cfenlon@hinckleyallen.com)
    Peter Damin, Esq. (pdamin@lemerygreisler.com)
    Robert Lippman, Esq. (rlippman@lemerygreisler.com)

# EXHIBIT "B"

# Lemery Greisler LLC

Attorneys at Law

Paul A. Levine, Member

plevine@lemerygreisler.com
(518) 433-8800 ext. 313

January 23, 2024

**VIA E-MAIL**
pieter.vantol@hoganlovells.com

Pieter Van Tol, Esq.
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017

      **Re:**    **Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC, et al.
24-cv-00055**

Dear Pieter:

      My letter of yesterday should also have included my demand that your client produce any all documents and other proof of the monies that it allegedly sent to any and all Berone entities. This includes, but is not limited to, evidence of wire transfers, banking records, emails, correspondence, canceled checks and internal books and records. Please produce this information by January 24th which is more than enough time, given when this issue first arose during the bankruptcy case, to provide a full and complete response.

      Thank you.

                  Very truly yours,

                  LEMERY GREISLER LLC

                  Paul A. Levine

PAL:ph
cc:    (Via E-mail)
      Will Esser, Esq. (willesser@parkerpoe.com)
      Chris Fenlon, Esq. (cfenlon@hinckleyallen.com)
      Peter Damin, Esq. (pdamin@lemerygreisler.com)
      Robert Lippman, Esq. (rlippman@lemerygreisler.com)

# EXHIBIT "C"



# PLATINUM
TIMES COMPANY
USA · MÉXICO · DUBAI · HONG KONG

# INVOICE

**INVOICE #** 17212

1600 WATER ST. SUITE A195
LAREDO, TX 78040
Phone: 956-307-7946
Email: platinumtimeco@gmail.com

**DATE:** 1/3/2023

**DUE DATE:** AS PER TERMS

**Balance Due: $2,225,000.00**

**BILL TO:**
Prime Capital Ventures
66 South Pearl St. 10th Floor
Albany, NY 12207

**SHIP TO:**
SAME AS RECIPIENT

| Item | Quantity | Unit Price | Total amount |
|------|----------|------------|--------------|
| RM 52-01 Tourbillon Skull<br>**STATUS:** PRE-OWNED<br>**PAPERS:** INCLUDED | 1 | $2,275,000.00 | |



| | | | |
|---|---|---|---|
| *Deposit to third party | | ($50,000.00) | |

**Total Due**          $2,225,000.00

**Currency:** $USD

**Payment Information**
Bank Wire/ACH Transfer
**Routing Transit Number:**
**Account Number:**
**Wire ABA:**
**SWIFT:** CHASUS
**Bank Name:** CHASE BANK
**Bank Address:**  10720 International BLVD
City, State: LAREDO, TEXAS 78045
Beneficiary: PLATINUM TIMES LLC

**Thank you for your business!**

 Gmail

Raul Trevino <platinumtimeco@gmail.com>

**Inquiry About: "Richard Mille Skull Tourbillon (Piece Unique)"**
1 message

Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>          Wed, Dec 28, 2022 at 8:34 PM
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com



### Inquiry About: "Richard Mille Skull Tourbillon (Piece Unique)"

A visitor of Chrono24 has sent an inquiry to you:

Name:    **Kris Roglieri**
Email:    ****@primecommerciallen****.com (ID:
Country:  **United States of America**

Message:

> Do you still have this ? I looked on your website and you have very
> similar one but the casing looks different where this one is black
> Please advise Kris

Reply now

Details
Richard Mille Skull Tourbillon (Piece Unique)
Price: $2,600,000

Would you like to make the interested buyer an offer? You can make an offer
here:

Make an offer

Kind regards,
Your Chrono24 team

Quick replies
Click on one of the links to send the answer shown underneath.

- The watch has been sold
  "We regret to inform you that we have just sold the watch to another
  customer."
- The watch has been reserved
  "Unfortunately, we have already reserved the watch for another
  customer. If the customer decides not to purchase the watch, we will
  inform you immediately."
- No shipment to your country
  "We regret to inform you that we cannot ship goods to your country. We
  appreciate your understanding."
- We are not interested in this offer
  "Unfortunately, we cannot accept your offer. Thank you for your
  understanding."
- No more requests please
  "We kindly ask you not to send any more e-mails in this regard. We

appreciate your understanding."
- We do not speak your language
  "Unfortunately, you have written to us in a language we do not
  understand. Please contact us in one of the following languages:
  English, Spanish"

Report abuse
If this message is an attempt to abuse or defraud, please forward it to
abuse@chrono24.com.

Sent on Thu Dec 29 03:34:49 CET 2022 from UnitedStates (language:
en_US).

Have you followed us yet?                    Mobile Apps

Chrono24 GmbH

Haid-und-Neu-Str. 18                    E-mail: info@chrono24.com
D-76131 Karlsruhe                       https://www.chrono24.com
Germany
                                        Managing directors: Holger Felgner, Tim
                                        Stracke
                                        Commercial register: Amtsgericht
                                        Mannheim, HRB 708124,
                                        USt-IdNr.: DE269055220

 Gmail

Raul Trevino <platinumtimeco@gmail.com>

**You've received a new message.**
1 message

Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com

Wed, Dec 28, 2022 at 10:14 PM



**Message from Kris Roglieri:**

So to be clear it's the one I found on chrono24? The into be clear, it's the one that I found on this site ? The one on your website looks different ?? Also is this a customized skull after it was sold new or did it come like this from factory?

| Reply now | | Make an offer |
|-----------|--|---------------|

 Richard Mille Skull Tourbillon (Piece Unique)

**$2,600,000**

Sent via Chrono24

 Gmail

Raul Trevino <platinumtimeco@gmail.com>

**You've received a new message.**
1 message

Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com

Thu, Dec 29, 2022 at 7:13 PM



**Message from Kris Roglieri:**

Would you take 1.85 ?

Reply now                              Make an offer

      Richard Mille Skull Tourbillon (Piece Unique)

**$2,600,000**

Sent via Chrono24

 Gmail                                    Raul Trevino <platinumtimeco@gmail.com>

**You've received a new message.**
1 message

Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>          Fri, Dec 30, 2022 at 10:53 AM
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com



**Message from Kris Roglieri:**

Can I see the papers and cert on it ?

Reply now                                              Make an offer

     Richard Mille Skull Tourbillon (Piece Unique)

**$2,600,000**

Sent via Chrono24

 Gmail

Raul Trevino <platinumtimeco@gmail.com>

---

**You've received a new message.**
2 messages

---

**Kris Roglieri** <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com

Fri, Dec 30, 2022 at 10:59 AM

 chrono24

**Message from Kris Roglieri:**

My cell 518-852-9933

Reply now                    Make an offer

 Richard Mille Skull Tourbillon (Piece Unique)
**$2,600,000**

Sent via Chrono24

---

**Kris Roglieri** <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com

Fri, Dec 30, 2022 at 10:59 AM

 chrono24

**Message from Kris Roglieri:**

And can you send video of watch to me to my cell?

Reply now                    Make an offer

Richard Mille Skull Tourbillon (Piece Unique)
**$2,600,000**

[Quoted text hidden]

**10:40**

 **Mr. LoanShark**
teamloansharks

15 ENE 2023

 Te mencionó en su historia

Respondiste a su historia

Your welcome ! Thanks to you ! We are very happy to sell this watch to you and specially someone in USA! 🇺🇸

Looking forward for the next one

21 ENE 2023

Respondió a tu historia

 

 You guys have another one ??

Impossible ! It's yours. Can't replace, just very cool
Pics for content.

 I assumed so

  

Did you ⌄ he other skull I sent you?

Mensaje...

 **teamloansharks**
Unicorn-Castle

• • •



 Les gusta a **jamluxe** y **otros**

**teamloansharks** Because anything less would be uncivilized.


#mc12corsa 

Ver los 134 comentarios

**wristaficionado**  



TEAMLOANSHARKS
**Publicaciones**

 **teamloansharks**
Las Vegas



 Les gusta a **izzynco** y **otros**
**teamloansharks** Real Recognize Real 🤍

@lindaoliverofficial

## Shipment Details

| | |
|---|---|
| Ship Date | **1/3/2023** |
| Tracking Number | **392952761881** |
| Confirmation Number | **0F3D7675** |
| Reference Number | **N/A** |
| Customer Reference Number | **N/A** |
| Parcel Pro Notify | **PPI-53BA7340-E99D-4F** |
| COD | **No** |
| Service Type | **Priority Overnight** |
| Package Type | **MEDIUM BOX** |
| Est. Weight | **1.00 LBS** |
| Bill duties/taxes/fees | **N/A** |
| Needs EEI | **No** |
| Insured Value | **1,000.00 USD** |

## Shipment Information

## Ship From

| | |
|---|---|
| Contact Name | **RAUL TREVINO** |
| Company Name | **P T LLC** |
| Address | **1600 WATER STREET ST A1 95** |
| Address 2 | **SUITE A195** |
| City/State | **LAREDO, TX** |
| Zip/Country or Territory | **78040, US** |

## Ship To

| | |
|---|---|
| Contact Name | |
| Company Name | **WRIST AFICIONADO** |
| Address | **19 EAST 62ND STREET** |
| Address 2 | |
| City/State | **NEW YORK, NY** |
| Zip/Country or Territory | **10065, US** |

## Special Services

| | |
|---|---|
| Saturday Pickup | **No** |
| Saturday Delivery | **No** |
| Adult Signature Required | **Yes** |
| Direct Signature Required | **No** |
| COD Service | **No** |
| Email Notification | **Yes** |
| Recipient Notifications | **No** |
| Thermal Printer | **No** |
| Return Label Printed | **No** |
| Residential Delivery | **No** |
| Drop Shipment | **No** |
| FedEx HoldAt Location | **No** |

## Payment Information

| | |
|---|---|
| Estimated Shipping & Insurance | **$52.24** |
| Adult signature required | **$7.15** |
| Fuel | **$8.78** |
| **Your Total** | **$68.17** |



1/24/24, 12:46 PM                                                                                notify



# NOTIFY

┌─ Enter Tracking Number* ──────────────────────────────────────────┐
│ PPI-53BA7340-E99D-4F                                              │        Track
└──────────────────────────────────────────────────────────────────┘

Tracking Results for: PPI-53BA7340-E99D-4F                                    Delivered

## Shipment Details                                          ## Shipping To

Carrier: FEDEX                                               WRIST AFICIONADO
Package size: MEDIUM FEDEX BOX                               N/A
Service type: Priority Overnight                             19 EAST 62ND STREET
Weight: 1.00 LB                                              NEW YORK, NY
                                                             United States

| Date | Location | Activity |
| --- | --- | --- |
| 1/4/23, 4:09 PM | NEW YORK, NY, US | Delivered **(Signed by M.IKE at Guard/Security Station)** |
| 1/4/23, 2:11 PM | NEW YORK, NY, US | Shipment arriving On-Time |
| 1/4/23, 2:08 PM | NEW YORK, NY, US | On FedEx vehicle for delivery |
| 1/4/23, 9:53 AM | NEW YORK, NY, US | At local FedEx facility |
| 1/4/23, 9:53 AM | NEW YORK, NY, US | Delay |
| 1/4/23, 7:29 AM | NEWARK, NJ, US | Arrived at FedEx hub |

notify

| 1/4/23, 4:40 AM | MEMPHIS, TN, US | Departed FedEx hub |
| 1/4/23, 12:08 AM | MEMPHIS, TN, US | Arrived at FedEx hub |

Copyright © 2023 United Parcel Service of America, Inc. All rights reserved.