

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on January 26, 2024 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s): 10, 26, 27, 28, 36, 45

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 26th day of January, 2024.

Clerk of Court

By:   s/Kathy Rogers
        Deputy Clerk

### Case Information

Case Name & Case No.        Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC, et al    1:24-cv-55 (MAD/CFH)
Docket No. of Appeal:         60
Document Appealed:           56

Fee Status:    Paid  X        Due __         Waived (IFP/CJA) __        IFP revoked __

Counsel:            Retained  X         Pro Se __

Time Status:       Timely  X          Untimely __

Motion for Extension of Time:       Granted __        Denied __

Certificate of Appealability:        Granted __        Denied __        N/A  X

***This is an Interlocutory Appeal***