UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
COMPASS-CHARLOTTE 1031, LLC,

                      Plaintiff,                  Civ. No. 24-CV-0055 (MAD/CFH)

   -against-

PRIME CAPITAL VENTURES, LLC, BERONE
CAPITAL FUND, LP, BERONE CAPITAL          **NOTICE OF APPEARANCE**
PARTNERS LLC, BERONE CAPITAL LLC,
BERONE CAPITAL EQUITY FUND I, LP, and
405 MOTORSPORTS LLC,

                   Defendants.
-------------------------------------------------------------------X

     PLEASE TAKE NOTICE that Tyler Maulsby, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears as counsel for non-party Hogan Lovells US LLP.

Dated:  New York, New York
          January 26, 2024

                                      FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                      By:   /s/ Tyler Maulsby
                                                Tyler Maulsby
                                        28 Liberty Street, 35th Floor
                                        New York, New York 10005
                                        (212) 980-0120

                                       *Counsel for Non-Party Hogan Lovells*
                                           *US LLP*