UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
COMPASS-CHARLOTTE 1031, LLC

                            Plaintiff,

  - against -                                               Case No. 24-cv-55 (MAD/DJS)

PRIME CAPITAL VENTURES, LLC, BERONE
CAPITAL FUND, LP, BERONE CAPITAL
PARTNER, LLC, BERONE CAPITAL LLC,
BERONE CAPITAL EQUITY FUND I, LP,
405 MOTORSPORTS LLC F/K/A BERONE
CAPITAL EQUITY PARTNERS, LLC,

                            Defendants.
------------------------------------------------------------------

### AMENDED SECOND REPORT OF TEMPORARY RECEIVER

To:    Hon. Mae D'Agostino, United States District Court Judge

Paul A. Levine, Esq, Permanent Receiver (the "Receiver"), respectfully submits this Amended Second Report to the Court as follows.

1.    On January 26, 2024, the Receiver filed his Second Report of Temporary Receiver (Doc #61).

2.    Receiver informed the Court at paragraph 6 of the Second Temporary Report of Receiver that he has not received the Richard Mille Skull Tourbillon $2,225,000.0 watch from Defendant.

3.    Receiver advises the Court that on January 26, 2024, Defendant delivered the Richard Mille Skull Tourbillon $2,225,000.00 watch to Peter M. Damin, counsel to Receiver at his office by courier Richard Hasks. Attached as Exhibit "A" is the signed receipt for the watch.

1

WHEREFORE it is respectfully requested that the Court consider this Amended Second Report and grant such other and further relief as is just, necessary and proper.

Dated: January 26, 2024

                                               Respectfully submitted,

                                               /s/Paul A. Levine
                                               Paul A. Levine, Esq.
                                               RECEIVER
                                               LEMERY GREISLER LLC
                                               Office and P.O. Address
                                               677 Broadway, 8th Floor
                                               Albany, New York 12207
                                               Ph:  (518) 433-8800
                                               Fax: (518) 433-8823

                                               plevine@lemerygreisler.com

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
COMPASS-CHARLOTTE 1031, LLC

                          Plaintiff,

    - against -                                      Case No. 24-cv-55 (MAD/DJS)

PRIME CAPITAL VENTURES, LLC, BERONE
CAPITAL FUND, LP, BERONE CAPITAL
PARTNER, LLC, BERONE CAPITAL LLC,
BERONE CAPITAL EQUITY FUND I, LP,
405 MOTORSPORTS LLC F/K/A BERONE
CAPITAL EQUITY PARTNERS, LLC,

                          Defendants.
------------------------------------------------------------------

## RECEIPT

I, Peter M. Damin, Esq., counsel to Receiver, Paul A. Levine, Esq., in the above-referenced matter, hereby confirm that on January 26, 2024, I was delivered and received a Richard Mille Skull Tourbillon Watch.

LEMERY GREISLER LLC

_____
Peter M. Damin, Esq.
*Counsel to Receiver*
677 Broadway, 8th Floor
Albany, New York 12207
(518) 433-8800

_____ Richard Flaska
Courier Name:
Title: DRIVER

{LG 00725871 1 }