# EXHIBIT G

| | |
|---|---|
| **From:** | Esser, Will |
| **Sent:** | Wednesday, January 24, 2024 11:20 AM |
| **To:** | Paul Levine; Van Tol, Pieter |
| **Cc:** | Fenlon, Christopher V.; jharwick@joneshacker.com; thiggs@joneshacker.com; Murphy, Kieran T.; Tuxbury, James L.; Hail, Brian; Halstead, Ellen; Maulsby, Tyler; Hedges, Maggie |
| **Subject:** | Documents from Keeler Motor Car Company - New cars purchased by Kris and Tina Roglieri |
| **Attachments:** | Prime Capital Ventures.pdf; Tina Marie Roglieri.pdf |

Pieter,

Attached are documents which we just obtained in response to the subpoena to Keeler Motor Car Company. They show that:

(a) On October 24, 2023 (long after Hogan had sued Prime on behalf of Camshaft to recover Camshaft's $12.4 million ICA Deposit), Kris Roglieri (through Prime) wired $449,672.93 of Prime's money to buy a 2023 Mercedez-Benz S680Z4. That vehicle is titled in the name of Prime Capital Ventures, LLC, and I am certain the receiver will want that turned over immediately.

(b) On November 2, 2023, Tina Roglieri took a wire of $91,206.00 from Prime Capital Ventures and used it to buy a 2021 Mercedez-Benz which was titled in her name.

You have the bank account statements for CitiBank and KeyBank. I suggest that you carefully review them in connection with Hogan's consideration of whether it should withdraw or fight a motion for disqualification. You are in receipt of the information which shows millions and millions of dollars being taken out of Prime Capital Ventures for the purchase of luxury cars, watches, etc., all of which appear to be for the personal benefit of the Roglieris and at the expense of creditors of Prime, including Camshaft. Meanwhile, there is no evidence of wires to Berone, other than that initial $20 million in 2022. There are over $75 million in unpaid ICA deposits, and so far, less than $10 million in identified assets, not enough to cover Compass-Charlotte, let alone Camshaft and other creditors. If despite this clear information in your possession, Hogan continues to stay in the case and fight disqualification, Compass-Charlotte reserves any and all of its legal rights.

Paul, please speak up if you have thoughts regarding the new 2023 Mercdez-Benz which is titled in the name of Prime Capital Ventures, LLC, but my assumption is that you will want the keys to that car immediately (as well as evidence of insurance).

Will