# EXHIBIT C

## Van Tol, Pieter

| | |
|---|---|
| **From:** | Robert Lippman <rlippman@lemerygreisler.com> |
| **Sent:** | Sunday, January 28, 2024 8:03 PM |
| **To:** | Tuxbury, James L.; Van Tol, Pieter |
| **Cc:** | Bryant, Chris; Bautz, Peter; Fenlon, Christopher V.; Murphy, Kieran T.; Esser, Will; Paul Levine; Peter Damin; Cottrell, Eric H.; thiggs@joneshacker.com; jharwick@joneshacker.com |
| **Subject:** | RE: Compass v. Prime Capital, et al. -- Order to Show Cause on Stay Motion |

**[EXTERNAL]**

On behalf of the Receiver, we also cannot agree to Opposition papers by Wed., Jan 31st, for the reasons set forth below by Mr. Tuxbury, as well as the fact that the Receiver is actively engaged in marshalling the assets of Defendants and needs to focus his attention, and that of Lemery Greisler LLC, counsel for the Receiver, on this paramount mission rather than having to hurriedly oppose a motion for a stay pending appeal which, respectfully, is unlikely to be granted. WE are willing to agree to Feb. 7th, as proposed below.

Sincerely,
Bob Lippman

---

**From:** Tuxbury, James L. <jtuxbury@hinckleyallen.com>
**Sent:** Sunday, January 28, 2024 6:36 PM
**To:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Cc:** Bryant, Chris <chris.bryant@hoganlovells.com>; Bautz, Peter <Peter.Bautz@HoganLovells.com>; Fenlon, Christopher V. <cfenlon@hinckleyallen.com>; Murphy, Kieran T. <KMurphy@hinckleyallen.com>; Esser, Will <willesser@parkerpoe.com>; Paul Levine <plevine@lemerygreisler.com>; Robert Lippman <rlippman@lemerygreisler.com>; Peter Damin <pdamin@lemerygreisler.com>; Cottrell, Eric H. <ericcottrell@parkerpoe.com>; thiggs@joneshacker.com; jharwick@joneshacker.com
**Subject:** RE: Compass v. Prime Capital, et al. -- Order to Show Cause on Stay Motion

Pieter,

Compass cannot agree that to your proposed scheduling. It is not reasonable. As you know from the bankruptcy hearing last week, counsel for Compass has a conflict the beginning of this week. The parties are also briefing the important disqualification motion. Prime asked for two weeks to respond to the disqualification motion given conflicts, but agreed to nine days for the opposition brief. Compass can agree to the same. If you file a motion by 5:00 PM tomorrow, Compass can agree to a response in nine days, *i.e.*, 5:00 PM on Wednesday February 7.

Further, what bond does Prime propose to file in connection with the proposed stay?

Best,

Jim


**James L. Tuxbury**
*Partner*

Hinckley Allen
28 State Street

1

Boston, MA 02109-1775
p: 617-378-4162 | f: 617-345-9020
jtuxbury@hinckleyallen.com

---

**From:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Sent:** Sunday, January 28, 2024 4:38 PM
**To:** Fenlon, Christopher V. <cfenlon@hinckleyallen.com>; Tuxbury, James L. <jtuxbury@hinckleyallen.com>; Murphy, Kieran T. <KMurphy@hinckleyallen.com>; Esser, Will <willesser@parkerpoe.com>; Cottrell, Eric H. <ericcottrell@parkerpoe.com>; thiggs@joneshacker.com; jharwick@joneshacker.com; Paul Levine <plevine@lemerygreisler.com>; Robert Lippman <rlippman@lemerygreisler.com>; Peter Damin <pdamin@lemerygreisler.com>
**Cc:** Bryant, Chris <chris.bryant@hoganlovells.com>; Bautz, Peter <Peter.Bautz@HoganLovells.com>
**Subject:** Re: Compass v. Prime Capital, et al. -- Order to Show Cause on Stay Motion

**EXTERNAL EMAIL**

---

To be clear, the reference below should be to "5:00 pm." Apologies for the typo.

Regards,

Pieter

> On Jan 28, 2024, at 11:48 AM, Van Tol, Pieter <pieter.vantol@hoganlovells.com> wrote:
>
> Dear Counsel –
>
> We hereby provide notice, pursuant to N.D.N.Y. Local Rule 7.1(e), that on Monday, January 29, 2024, Defendant Prime Capital Ventures, LLC ("Prime Capital") will file a proposed Order to Show Cause shortening the time for a determination of Prime Capital's accompanying emergency motion for a stay pending appeal of the January 24, 2024 Order appointing the receiver permanently and continuing expedited discovery. We plan to request that any opposition to the emergency motion must be filed by 5:00 on Wednesday, January 31, 2024. We would like to report to the Court that the proposed opposition date is consensual. Please let us know as soon as possible whether you agree.
>
> We will email copies of the proposed order to show cause and supporting papers to you as soon as they are filed.
>
> Regards,
>
> **Pieter Van Tol**
> Partner
>
> **Hogan Lovells US LLP**
> 390 Madison Avenue
> New York, NY 10017
> Tel:     +1 212 918 3000
> Direct:  +1 212 909 0661

2

Email:  pieter.vantol@hoganlovells.com
www.hoganlovells.com

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

This email has been scanned for spam and viruses. Click here to report this email as spam.

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and have confirmed that the content is safe.**