UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------
COMPASS-CHARLOTTE 1031, LLC

                Plaintiff,

    - against -                        Case No. 24-cv-55 (MAD/CFH)

PRIME CAPITAL VENTURES, LLC, BERONE
CAPITAL FUND, LP, BERONE CAPITAL
PARTNER, LLC, BERONE CAPITAL LLC,
BERONE CAPITAL EQUITY FUND I, LP,
405 MOTORSPORTS LLC F/K/A BERONE
CAPITAL EQUITY PARTNERS, LLC,

                Defendants.
----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on **January 29, 2024,** I electronically filed the foregoing **Memorandum of Law in Support of Receiver's Request for Injunctive Relief, Including Attachment pursuant to FED. R. CIV. P. 64 and Expedited Discovery of Third-Party Defendants, Local Rule 7.1(e) Declaration of Robert A. Lippman, Esq. and Order to Show Cause for Attachment pursuant to Rule 64** with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Christopher V. Fenlon     cfenlon@hinckleyallen.com, mmayhew@hinckleyallen.com

Eric H. Cottrell     ericcottrell@parkerpoe.com, mariegarfield@parkerpoe.com, vickiburn@parkerpoe.com

James L. Tuxbury     jtuxbury@hinckleyallen.com

Kieran T. Murphy     kmurphy@hinckleyallen.com

Paul A. Levine     plevine@lemerygreisler.com, phartl@lemerygreisler.com

Peter M. Damin     pdamin@lemerygreisler.com, Ikokoszko@lemerygreisler.com

Pieter H.B. Van Tol, III     pieter.vantol@hoganlovells.com, nymanagingclerk@hoganlovells.com, pieter-vantol-0733@ecf.pacerpro.com

Robert A. Lippman     rlippman@lmglaw.com

{LG 00727098 1 }

Tyler Maulsby    tmaulsby@fkks.com

Will Esser    willesser@parkerpoe.com

Dated:  January 29, 2024              /s/ Isabella Kokoszko
                                                                     Isabella Kokoszko

{LG 00727098 1 }