UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

COMPASS-CHARLOTTE 1031, LLC,

                                        Plaintiff,

        -against-

PRIME CAPITAL VENTURES, LLC
BERONE CAPITAL FUND, LP
BERONE CAPITAL PARTNERS LLC
BERONE CAPITAL LLC
BERONE CAPITAL EQUITY FUND I, LP
405 MOTORSPORTS LLC f/k/a Berone Capital Equity
Partners LLC,

                                        Defendants.

Case No.: 1:24-cv-55
(MAD/CFH)

**AFFIDAVIT OF SERVICE**

PAUL A. LEVINE, AS RECEIVER OF PRIME CAPITAL
VENTURES, LLC,

                                Third-Party Plaintiff,

        -against-

KRIS D. ROGLIERI, TINA M. ROGLIERI, KIMBERLY A.
HUMPHREY a/k/a KIMMY HUMPHREY, PRIME
COMMERCIAL LENDING, LLC, COMMERCIAL
CAPITAL TRAINING GROUP, THE FINANCE
MARKETING GROUP, NATIONAL ALLIANCE OF
COMMERCIAL LOAN BROKERS LLC and FUPME,
LLC,

                                Third-Party Defendants,

STATE OF NEW YORK      :
                       : ss.:
COUNTY OF ALBANY       :

        Isabella Kokoszko, being duly sworn, deposes and says:

Deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the
State of New York, and that on February 1, 2024 at 4:00 p.m. at the Office of the Secretary of State

{LG 00728017 1 }

of the State of New York, located at 99 Washington Avenue, 6th Floor, Albany, New York 12231 deponent served the Summons on a Third-Party Party Complaint and Verified Third-Party Complaint with corresponding Exhibits "A"-"H" on:

<u>FUPME, LLC</u>

A Defendant in this action, by delivering to and leaving with Nancy Dougherty, a Document Specialist in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 and that said service was made pursuant to Limited Liability Company Law § 303.

Deponent further says that deponent knew the person so served as aforesaid to be a Document Specialist and an agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said Defendant.

**Description:**

Age: 50          Ethnicity: Caucasian     Gender: Female        Weight: 110 pounds
Height: 5'3"      Hair: Brown              Eyes: Brown           Relationship: Document Specialist

Sworn to before me on this
__ day of February 2024.

_____
Notary Public

Peter Damin
Notary Public, State of New York
No. 02DA6135253
Qualified in Albany County
Commission Expires 10-17-2025

_____
Isabella Kokoszko, Process Server