UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

COMPASS-CHARLOTTE 1031, LLC,

                Plaintiff,                Case No.: 1:24-cv-55 (MAD/DJS)

   -against-

PRIME CAPITAL VENTURES, LLC
BERONE CAPITAL FUND, LP
BERONE CAPITAL PARTNERS LLC
BERONE CAPITAL LLC
BERONE CAPITAL EQUITY FUND 1, LP
405 MOTORSPORTS LLC f/k/a
Berone Capital Equity Partners LLC,

                Defendants.

---

PAUL A. LEVINE, AS RECEIVER OF PRIME
CAPITAL VENTURES, LLC

                Third Party Plaintiff,

   -against-

KRIS D. ROGLIERI, TINA M. ROGLIERI, KIMBERLY
A. HUMPRHEY a/k/a KIMMY HUMPHREY, PRIME
COMMERCIAL LENDING, LLC, COMMERICAL
CAPITAL TRAINING GROUP, THE FINANCE
MARKETING GROUP, NATIONAL ALLIANCE OF
COMMERCIAL LOAN BROKERS LLC and FUPME,
LLC,

                Third Party Defendants,

---

**NOTICE OF APPERANCE OF COUNSEL**

TO:    The Clerk of Court and all parties of record

I am admitted to practice in this Court, and I appear in this case as counsel for interested party SP Harbor QOZB, LP.

Dated:  Melville, New York
February 5, 2024

**KYE LAW GROUP, P.C.**
Attorneys for SP Harbor QOZB, LP

By:  /s/ Matthew F. Kye
Matthew F. Kye, Esq.
201 Old Country Road, Suite 120
Melville, NY 11747
Telephone: (631) 616-8200
E-mail:  mkye@kyelaw.com