UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                        :

COMPASS-CHARLOTTE 1031, LLC,        :

                Plaintiff,                    :

                  v.                            :        Case No. 24-cv-00055 (MAD/CJH)

PRIME CAPITAL VENTURES, LLC        :
BERONE CAPITAL FUND, LP,            :
BERONE CAPITAL PARTNERS LLC,   :
BERONE CAPITAL LLC,                 :
BERONE CAPITAL EQUITY FUND I, LP, :
and 405 MOTORSPORTS LLC f/k/a Berone :
Capital Equity Partners LLC,            :

                Defendants.                :
---------------------------------------------------------------x
                                                  :
PAUL A. LEVINE, as Receiver of Prime Capital :
Ventures, LLC,                                  :

                Third-Party Plaintiff,         :

                 v.                             :

KRIS D. ROGLIERI, TINA M. ROGLIERI,   :
KIMBERLY HUMPHREY a/k/a KIMMY      :
HUMPHREY, PRIME COMMERCIAL          :
LENDING, LLC, COMMERCIAL CAPITAL   :
TRAINING GROUP, THE FINANCE          :
MARKETING GROUP, NATIONAL            :
ALLIANCE OF COMMERICIAL LOAN       :
BROKERS LLC and FUPME, LLC,           :

                Third-Party Defendants.     :
---------------------------------------------------------------x

**CORPORATE DISCLOSURE FOR CERTAIN THIRD-PARTY DEFENDANTS**[1]

---

[1]     The undersigned do not represent Tina Roglieri, who is represented by separate counsel.

1

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure (the "Federal Rules"), Third-Party Defendants Kris D. Roglieri, Kimberly Humphrey (a/k/a Kimmy Humphrey), Prime Commercial Lending, LLC ("Prime Commercial"), Commercial Capital Training Group ("CCTG"), The Finance Marketing Group ("FMG"), National Alliance of Commercial Loan Brokers LLC ("NACLB"), and FUPME, LLC ("FUPME") make the following disclosures:

Prime Commercial, CCTG, NACLB, and FUPME state that there is no corporation that directly or indirectly owns 10% or more of any class of their equity interests. FMG is a trade name, not a corporation, so no disclosure is necessary. Mr. Roglieri and Ms. Humphrey are individuals, so no disclosure is necessary for them either.

Pursuant to Rule 7.1(a)(2) of the Federal Rules, Prime Commercial, CCTG, NACLB, and FUPME also state that they are New York limited liability corporations, with their principal place of business in Albany, New York. Mr. Roglieri, a citizen of the State of New York, is the sole member of Prime Commercial, CCTG, NACLB, and FUPME.

Dated:  February 7, 2024
        New York, New York         **HOGAN LOVELLS US LLP**

                                   */s/ Pieter Van Tol*

                                   Pieter Van Tol (Bar Roll # 508405)
                                   Christopher Bryant (admitted *pro hac vice*)
                                   Peter Bautz (admitted *pro hac vice*)
                                   390 Madison Avenue
                                   New York, New York 10017
                                   Telephone: (212) 918-3000
                                   Facsimile: (212) 918-3100
                                   Email: pieter.vantol@hoganlovells.com
                                          chris.bryant@hoganlovells.com
                                          peter.bautz@hoganlovells.com

                                   *Attorneys for Third-Party Defendants Kris Roglieri, Kimberly Humphrey, Prime Commercial, FMG, CCTG, NACLB, and FUPME*