# EXHIBIT 5

# Esser, Will

| | |
|---|---|
| **From:** | Esser, Will |
| **Sent:** | Wednesday, December 20, 2023 12:31 PM |
| **To:** | Massey, David B |
| **Cc:** | Tanaka, Naomi |
| **Subject:** | RE: Camshaft v. Prime Capital Ventures - Involuntary Bankruptcy filed against Prime |

Yes.

**From:** Massey, David B <david.massey@hoganlovells.com>
**Sent:** Wednesday, December 20, 2023 12:30 PM
**To:** Esser, Will <willesser@parkerpoe.com>
**Cc:** Tanaka, Naomi <naomi.tanaka@hoganlovells.com>; Massey, David B <david.massey@hoganlovells.com>
**Subject:** Re: Camshaft v. Prime Capital Ventures - Involuntary Bankruptcy filed against Prime

**\*\*\*Caution: External email\*\*\***

Ok great, I will pass that along as well. Is that the NDNY office?

> On Dec 20, 2023, at 11:39 AM, Esser, Will <willesser@parkerpoe.com> wrote:
>
> **[EXTERNAL]**
> Sounds good.  The U.S. Attorney's office is interested in talking to victims as well if you or your client want to talk with them.
>
> _____
>
> **Will Esser**
> Partner
>
> 
>
> 620 South Tryon Street | Suite 800 | Charlotte, NC 28202
> Office: 704.335.9507 | Fax: 704.334.4706 | map
>
> Visit our website at
> www.parkerpoe.com
>
> **From:** Massey, David B <david.massey@hoganlovells.com>
> **Sent:** Wednesday, December 20, 2023 10:25 AM
> **To:** Esser, Will <willesser@parkerpoe.com>
> **Cc:** Tanaka, Naomi <naomi.tanaka@hoganlovells.com>; Massey, David B <david.massey@hoganlovells.com>
> **Subject:** RE: Camshaft v. Prime Capital Ventures - Involuntary Bankruptcy filed against Prime

1

***Caution: External email***

Will,

Good to hear from you, I hope you are having a nice holiday season so far.  Thanks for the heads up, and I will pass this along to the client.

Best,
Dave

**David B Massey**
Partner

**Hogan Lovells US LLP**
600 Brickell Avenue
Suite 2700
Miami, FL  33131

Tel:       +1 305 459 6500
Direct:   +1 305 459 6678
Fax:      +1 305 459 6550
Email:   david.massey@hoganlovells.com
            www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

**From:** Esser, Will <willesser@parkerpoe.com>
**Sent:** Tuesday, December 19, 2023 3:40 PM
**To:** Massey, David B <david.massey@hoganlovells.com>
**Cc:** Tanaka, Naomi <naomi.tanaka@hoganlovells.com>
**Subject:** RE: Camshaft v. Prime Capital Ventures - Involuntary Bankruptcy filed against Prime

[EXTERNAL]
Here is the order setting the hearing date and time for the motion, including telephonic dial in information.

Will

**Will Esser**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9507 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**From:** Esser, Will
**Sent:** Tuesday, December 19, 2023 2:34 PM
**To:** Massey, David B <david.massey@hoganlovells.com>
**Cc:** Tanaka, Naomi <naomi.tanaka@hoganlovells.com>
**Subject:** Camshaft v. Prime Capital Ventures - Involuntary Bankruptcy filed against Prime

Dave,

See attached.  I expect the Court will hold a hearing on the emergency motion before the end of the week.  Let me know if you or your client intend to participate.

Will

**From:** Esser, Will
**Sent:** Wednesday, December 13, 2023 6:23 PM
**To:** Massey, David B <david.massey@hoganlovells.com>
**Cc:** Tanaka, Naomi <naomi.tanaka@hoganlovells.com>
**Subject:** RE: Camshaft v. Prime Capital Ventures - Follow up on voice message

Dave,

Any response back from your client on interest in possible involuntary bankruptcy petition?

Will

**From:** Massey, David B <david.massey@hoganlovells.com>
**Sent:** Wednesday, December 6, 2023 4:03 PM
**To:** Esser, Will <willesser@parkerpoe.com>
**Cc:** Tanaka, Naomi <naomi.tanaka@hoganlovells.com>
**Subject:** RE: Camshaft v. Prime Capital Ventures - Follow up on voice message

***Caution: External email***

**David B Massey**
Partner

**Hogan Lovells US LLP**
600 Brickell Avenue
Suite 2700
Miami, FL  33131

Tel:      +1 305 459 6500
Direct:  +1 305 459 6678
Fax:     +1 305 459 6550
Email:  david.massey@hoganlovells.com
          www.hoganlovells.com

3

*Please consider the environment before printing this e-mail.*

**From:** Esser, Will <willesser@parkerpoe.com>
**Sent:** Tuesday, December 05, 2023 11:38 AM
**To:** Massey, David B <david.massey@hoganlovells.com>
**Cc:** Tanaka, Naomi <naomi.tanaka@hoganlovells.com>
**Subject:** RE: Camshaft v. Prime Capital Ventures - Follow up on voice message

**[EXTERNAL]**

Thanks.  I'm pretty flexible this week.  Main thing I wanted to discuss was if your client had an interest in joining other creditors in filing involuntary bankruptcy petition against Prime.  My client is similarly situated and out $16 million and there are quite a number of other parties in similar situation.

Will

**Will Esser**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9507 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**From:** Massey, David B <david.massey@hoganlovells.com>
**Sent:** Tuesday, December 5, 2023 11:36 AM
**To:** Esser, Will <willesser@parkerpoe.com>
**Cc:** Massey, David B <david.massey@hoganlovells.com>; Tanaka, Naomi <naomi.tanaka@hoganlovells.com>
**Subject:** Re: Camshaft v. Prime Capital Ventures - Follow up on voice message

**\*\*\*Caution: External email\*\*\***

Naomi,

Would you mind coordinating a call with Will (copied), copied for tomorrow or anytime later in the week?

Best,
Dave

> On Dec 4, 2023, at 1:42 PM, Esser, Will <willesser@parkerpoe.com> wrote:

4

**[EXTERNAL]**
David,

I just left you a voice message regarding this matter.  If you have a moment to discuss, please give me a call at your convenience at 704-335-9507.

Will

---

**Will Esser**
Partner



620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9507 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.