# EXHIBIT C

| | |
|---|---|
| **From:** | Van Tol, Pieter <pieter.vantol@hoganlovells.com> |
| **Sent:** | Friday, February 2, 2024 4:59 PM |
| **To:** | Esser, Will; Fenlon, Christopher V.; Penpraze, Lisa (USTP); Justin Heller; Murphy, Kieran T.; Tuxbury, James L.; Paul Levine; Peter Damin; Robert Lippman |
| **Cc:** | Bryant, Chris; Bautz, Peter |
| **Subject:** | Stay of Litigation |
| **Importance:** | High |

**EXTERNAL EMAIL**

Dear All –

Sorry for the group email and apologies if I have left anyone off who should be on this.  As you may be aware, the FBI executed search warrants at the homes of Kris Roglieri and Kimberly Humphrey today (among other search warrants), and they are in the process of getting criminal defense counsel (not our firm).  In light of this, our ability to communicate with Mr. Roglieri and Ms. Humphrey in the defense of Prime Capital in several civil matters, as well in the prosecution of the bad-faith claims in the Bankruptcy Court, has been disrupted and will be until defense counsel is in place and other matters are sorted out.  Accordingly, we think the best course of action would be to stay all non-criminal matters (*i.e.*, the proceedings before Judge D'Agostino, the JAMS arbitration, and the Bankruptcy proceeding) immediately and until further notice.  (I will reach out to ER Tennessee's counsel separately.)  Are we in agreement?  I am open to suggestions about how best to effect this stay.

Regards,

**Pieter Van Tol**
Partner

**Hogan Lovells US LLP**
390 Madison Avenue
New York, NY 10017
Tel:       +1 212 918 3000
Direct:  +1 212 909 0661
Email:   pieter.vantol@hoganlovells.com
             www.hoganlovells.com

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.