UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

COMPASS-CHARLOTTE 1031, LLC,

                              Plaintiff,

  -against-

PRIME CAPITAL VENTURES, LLC
BERONE CAPITAL FUND, LP
BERONE CAPITAL PARTNERS LLC
BERONE CAPITAL LLC
BERONE CAPITAL EQUITY FUND I, LP
405 MOTORSPORTS LLC f/k/a Berone Capital Equity Partners LLC

                              Defendants.

Case No.:1:24-cv-55 (MAD/DJS)

**LOCAL RULE 7.1(e)
DECLARATION OF
ROBERT A. LIPPMAN, ESQ.
IN SUPPORT OF ORDER TO
SHOW CAUSE**

---

PAUL A. LEVINE, as RECEIVER of PRIME CAPITAL VENTURES, LLC,

                         Third-Party Plaintiff,

  -against-

KRIS D. ROGLIERI, TINA M. ROGLIERI, KIMBERLY A. HUMPHREY a/k/a KIMMY HUMPHREY, PRIME COMMERCIAL LENDING, LLC, COMMERCIAL CAPITAL TRAINING GROUP, THE FINANCE MARKETING GROUP, NATIONAL ALLIANCE OF COMMERCIAL LOAN BROKERS LLC, FUPME, LLC,

                         Third-Party Defendants,

---

        I, Robert A. Lippman, Esq., hereby declare the following under penalty of perjury, pursuant to 28 U.S.C. §1746:

        1.     I am an attorney duly admitted to the practice of law before the courts of the State of New York and am admitted to practice before this Court, and a member of the law firm Lemery Greisler LLC, counsel to the Receiver in this action.

2.       I respectfully submit this declaration in support of Receiver's motion Order to Show Cause for a Stay of Litigation against Receivership Assets, for the reasons set forth at length in the accompanying Memorandum of Law.

3.       In summary, as set forth in the Third Report of the Permanent Receiver, dated February 7, 2024 (Dkt. No. 107, Exhibit "A"), there are at least 7 actions pending against Prime Capital Ventures, LLC ("Prime") seeking the return of approximately $63 million in lost ICA Deposits, which missing money appears to have been transferred without consideration to the above-named Third-Party Defendants, and others, such as Shark Ventures LLC, without consideration and in violation of the financing agreements between Prime and it's borrowers.

4.       The Order to Show Cause submitted herewith also seeks to attach and enjoin the funds and assets of Shark Ventures LLC, namely, exotic automobiles (and a Ferrari Engine coffee table) purchased with monies that were entrusted to Prime by its borrowers.

5.       Upon information and belief, the automobiles in Shark Ventures LLC's possession are the fruits of fraudulent conversion, and title to these assets set forth in the Order to Show Cause is held by Kris Roglieri, who uses these cars for his own personal enjoyment, placing them at risk of loss, dissipation and depreciation.

6.       There is strong reason to believe, given the wanton breaches of fiduciary duty that appear evident throughout this case, that without immediate attachment of the identified misapplied assets to preserve the status quo, the assets will be dissipated and lost and any final judgment in this action would be rendered meaningless.

7.       The Receiver seeks the same power and duties concerning the Shark Ventures LLC assets as he has sought, and been granted, in the Temporary Restraining Order currently applicable in this case, granted January 30, 2024, Dkt. No. 78.

{LG 00730679 1 }

8. Given the foregoing, good and sufficient cause exists to move this Court by Order to Show Cause.

9. In accordance with Local Civil Rule 7.1.(e), reasonable advance notice of this application for relief has been provided to all parties, by email on February 9, 2024. A copy of that notice is attached hereto as Exhibit "A".

10. I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of February 2024.

DATED:   February 9, 2024
         Albany, New York

_____
Robert A. Lippman, Esq

**EXHIBIT A**

# Robert Lippman

| | |
|---|---|
| **From:** | Van Tol, Pieter <pieter.vantol@hoganlovells.com> |
| **Sent:** | Friday, February 9, 2024 4:12 PM |
| **To:** | Robert Lippman; Bautz, Peter; Cottrell, Eric H.; Brian M. Culnan, Esq.; Esser, Will; Chris Fenlon (cfenlon@hinckleyallen.com); mkye@kyelaw.com; tmaulsby@fkks.com; jmayall@certilmanbalin.com; tmcnamara@certilmanbalin.com; Murphy, Kieran T.; papastore@oalaw.com; powerst@whiteandwilliams.com; Tuxbury, James L. |
| **Cc:** | Paul Levine; Peter Damin |
| **Subject:** | RE: Compass v. Prime Capital, et al. -- Advance Notice of Order to Show Cause |

Bob –

We don't object to that schedule, while of course reserving all rights.

Regards,

Pieter

**From:** Robert Lippman <rlippman@lemerygreisler.com>
**Sent:** Friday, February 9, 2024 4:04 PM
**To:** Bautz, Peter <Peter.Bautz@HoganLovells.com>; Cottrell, Eric H. <ericcottrell@parkerpoe.com>; Brian M. Culnan, Esq. <bculnan@oalaw.com>; Esser, Will <willesser@parkerpoe.com>; Chris Fenlon (cfenlon@hinckleyallen.com) <cfenlon@hinckleyallen.com>; mkye@kyelaw.com; tmaulsby@fkks.com; jmayall@certilmanbalin.com; tmcnamara@certilmanbalin.com; Murphy, Kieran T. <KMurphy@hinckleyallen.com>; papastore@oalaw.com; powerst@whiteandwilliams.com; Tuxbury, James L. <jtuxbury@hinckleyallen.com>; Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Cc:** Paul Levine <plevine@lemerygreisler.com>; Peter Damin <pdamin@lemerygreisler.com>
**Subject:** Compass v. Prime Capital, et al. -- Advance Notice of Order to Show Cause

[EXTERNAL]
Deal Counsel,

Pursuant to N.D.N.Y. Local Rule 7.1(e), please take notice that Lemery Greisler LLC, on behalf of the Receiver, Paul A. Levine, Esq., will move the Court by Order to Show Cause for a Stay of Litigation against the Receivership Estate, as well as expansion of the Order to Show Cause for Temporary Injunctive Relief of Attachment currently in effect to extend to the assets of Shark Ventures LLC.

Given that there is already a return date set for the existing TRO of Feb. 15th at 2:30, we propose Opposition date to our OSC by February 13, 2024, and Reply by Feb. 14th. Please let us know whether you agree to such dates at the earliest so that we can report to the Court as to whether the parties have consensus on this.

Thank you,
Bob

**Robert A. Lippman, Esq.**
*Member*
**LEMERY GREISLER LLC**

1

60 Railroad Place, Suite 502
Saratoga Springs, New York 12866

Direct Dial: (518)831-5262 | Front Desk: (518)581-8800 | Fax: (518)581-8823
RLippman@Lemerygreisler.com
www.lemerygreisler.com



This message is intended for the exclusive use of the recipient and may contain privileged and confidential communications. If you are not the intended recipient, or a person responsible for delivering this message to the recipient, you are not authorized to read, copy, print, or transfer this message and any attachments. If you inadvertently received this message, please notify us immediately by email and discard any paper copies and delete all electronic files of the message and any attachments.

Internal Revenue Service Circular 230 notice: Any discussion of a federal tax issue contained in this email, including attachments, is not intended to and cannot be used for the purpose of (i) avoiding penalties under federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters.

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

This email has been scanned for spam and viruses. Click here to report this email as spam.

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and have confirmed that the content is safe.**

# Robert Lippman

| | |
|---|---|
| **From:** | Robert Lippman |
| **Sent:** | Friday, February 9, 2024 4:41 PM |
| **To:** | THOMAS McNAMARA; Bautz, Peter; Cottrell, Eric H.; Brian M. Culnan, Esq.; Esser, Will; Chris Fenlon (cfenlon@hinckleyallen.com); mkye@kyelaw.com; tmaulsby@fkks.com; JAS MAYALL; Murphy, Kieran T.; papastore@oalaw.com; powerst@whiteandwilliams.com; Tuxbury, James L.; Van Tol, Pieter; mmcdade@balch.com; peverman@balch.com; lombardo@chapman.com |
| **Cc:** | Paul Levine; Peter Damin |
| **Subject:** | RE: Compass v. Prime Capital, et al. -- Advance Notice of Order to Show Cause |
| **Attachments:** | doc10073020240209163514.pdf |

Please see attached OSC, relative to the advance notice given below. Note I have also included the attorneys for B&R and ER Tennessee on this email.
-Bob Lippman

---

**From:** THOMAS McNAMARA <tmcnamara@certilmanbalin.com>
**Sent:** Friday, February 9, 2024 4:32 PM
**To:** Robert Lippman <rlippman@lemerygreisler.com>; Bautz, Peter <Peter.Bautz@HoganLovells.com>; Cottrell, Eric H. <ericcottrell@parkerpoe.com>; Brian M. Culnan, Esq. <bculnan@oalaw.com>; Esser, Will <willesser@parkerpoe.com>; Chris Fenlon (cfenlon@hinckleyallen.com) <cfenlon@hinckleyallen.com>; mkye@kyelaw.com; tmaulsby@fkks.com; JAS MAYALL <jmayall@certilmanbalin.com>; Murphy, Kieran T. <KMurphy@hinckleyallen.com>; papastore@oalaw.com; powerst@whiteandwilliams.com; Tuxbury, James L. <jtuxbury@hinckleyallen.com>; Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Cc:** Paul Levine <plevine@lemerygreisler.com>; Peter Damin <pdamin@lemerygreisler.com>
**Subject:** RE: Compass v. Prime Capital, et al. -- Advance Notice of Order to Show Cause

Can you send us a copy of the OTSC so we can see what we are talking about? Thanks.



**Thomas J. McNamara, Esq.**
**Certilman Balin Adler & Hyman, LLP**
**90 Merrick Avenue, 9th Floor**
**East Meadow, NY 11554**

☎ Direct 516.296.7057 | ☎ Firm 516.296.7000 | 📠 Fax 516.296.7111
✉ Email: tmcnamara@certilmanbalin.com | my profile | www.Certilmanbalin.com

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete and then destroy all copies of the original message.

---

**From:** Robert Lippman <rlippman@lemerygreisler.com>
**Sent:** Friday, February 9, 2024 4:04 PM
**To:** Bautz, Peter <Peter.Bautz@HoganLovells.com>; Cottrell, Eric H. <ericcottrell@parkerpoe.com>; Brian M. Culnan, Esq. <bculnan@oalaw.com>; Esser, Will <willesser@parkerpoe.com>; Chris Fenlon (cfenlon@hinckleyallen.com) <cfenlon@hinckleyallen.com>; mkye@kyelaw.com; tmaulsby@fkks.com; JAS MAYALL <jmayall@certilmanbalin.com>; THOMAS McNAMARA <tmcnamara@certilmanbalin.com>; Murphy, Kieran T. <KMurphy@hinckleyallen.com>;

1

papastore@oalaw.com; powerst@whiteandwilliams.com; Tuxbury, James L. <jtuxbury@hinckleyallen.com>; Van Tol, Pieter <pieter.vantol@hoganlovells.com>
**Cc:** Paul Levine <plevine@lemerygreisler.com>; Peter Damin <pdamin@lemerygreisler.com>
**Subject:** Compass v. Prime Capital, et al. -- Advance Notice of Order to Show Cause

**External Email:** Proceed with caution!

Deal Counsel,

Pursuant to N.D.N.Y. Local Rule 7.1(e), please take notice that Lemery Greisler LLC, on behalf of the Receiver, Paul A. Levine, Esq., will move the Court by Order to Show Cause for a Stay of Litigation against the Receivership Estate, as well as expansion of the Order to Show Cause for Temporary Injunctive Relief of Attachment currently in effect to extend to the assets of Shark Ventures LLC.

Given that there is already a return date set for the existing TRO of Feb. 15th at 2:30, we propose Opposition date to our OSC by February 13, 2024, and Reply by Feb. 14th. Please let us know whether you agree to such dates at the earliest so that we can report to the Court as to whether the parties have consensus on this.

Thank you,
Bob

**Robert A. Lippman, Esq.**
*Member*
**LEMERY GREISLER LLC**
60 Railroad Place, Suite 502
Saratoga Springs, New York 12866

Direct Dial: (518)831-5262 | Front Desk: (518)581-8800 | Fax: (518)581-8823
RLippman@Lemerygreisler.com
www.lemerygreisler.com



This message is intended for the exclusive use of the recipient and may contain privileged and confidential communications. If you are not the intended recipient, or a person responsible for delivering this message to the recipient, you are not authorized to read, copy, print, or transfer this message and any attachments. If you inadvertently received this message, please notify us immediately by email and discard any paper copies and delete all electronic files of the message and any attachments.

Internal Revenue Service Circular 230 notice: Any discussion of a federal tax issue contained in this email, including attachments, is not intended to and cannot be used for the purpose of (i) avoiding penalties under federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters.

This email has been scanned for spam and viruses. Click here to report this email as spam.

---

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and have confirmed that the content is safe.**