UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>COMPASS-CHARLOTTE 1031, LLC<br>**Defendant / Respondent:**<br>PRIME CAPITAL VENTURES, LLC, et al.<br>---<br>PAUL A. LEVINE, AS RECEIVER OF PRIME CAPITAL VENTURES, LLC,<br>Third-Party Plaintiff<br>-against-<br>KRIS D. ROGLIERI, et al.,<br>Third-Party Defendants | **AFFIDAVIT OF SERVICE**<br>Index No:<br>1:24-cv-00055-MAD-CFH |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at <u>PO Box 582, Guilderland, NY 12084</u>. That on <u>Fri, Feb 02 2024</u> AT <u>03:30 PM</u> AT <u>66 South Pearl Street 10th Floor, Albany, NY 12207</u> deponent served the within <u>Summons on a Third-Party Complaint, Verified Third-Party Complaint with Exhibits "A"-"H"</u> on <u>Kris D. Roglieri</u>

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] **Suitable Person - Place of Business:** by delivering thereat, a true copy of each to <u>Christina Green, Executive Assistant</u> a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant, marked "Personal and Confidential", at defendant's last known place of business, <u>66 South Pearl Street 10th Floor, Albany, NY 12207</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on <u>Fri, Feb 02 2024</u>.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 35    Ethnicity: Caucasian    Gender: Female    Weight: 130
Height: 5'5"    Hair: Brown    Eyes: ____    Relationship: ____
Other

Austin Taylor

Sworn to before me on 2/2/2024

Notary Public

CHRISTOPHER E. NEUMEISTER
Notary Public, State of New York
Reg. No. 01NE6409273
Qualified in Albany County
Commission Expires September 28, 2024