UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
COMPASS-CHARLOTTE 1031, LLC

**Defendant / Respondent:**
PRIME CAPITAL VENTURES, LLC, et al.
----PAUL A. LEVINE, AS RECEIVER OF PRIME CAPITAL VENTURES, LLC Third-Party Plaintiff -against- KRIS D. ROGLIERI, et al.

**AFFIDAVIT OF SERVICE**

Index No:
1:24-cv-00055-MAD-CFH

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at . That on Mon, Feb 05 2024 AT 05:49 PM AT 600 Linkhorn Drive, Virginia Beach, VA 23451 deponent served the within Summons on a Third-Party Complaint, Verified Third-Party Complaint with Exhibits "A"-"H" on Kimberly A. Humphrey a/k/a Kimmy Humphrey

[X] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | |
|---|---|---|---|
| Age: 40-55 | Ethnicity: Caucasian | Gender: Female | Weight: 100 |
| Height: 5'5" | Hair: Brown | Eyes: Brown | Relationship: |
| Other | | | |

_Donald Skinner_ (signature)
Donald Skinner

Sworn to before me on February 6, 2024
_Valerie L. Hedgkiss_ (signature)
Notary Public

Valerie L. Hedgkiss
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 212204
My Commission Expires
June 30, 2024