UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
COMPASS-CHARLOTTE 1031, LLC,

                                        Plaintiff,

        -against-

Case No. 24-cv-00055
(MAD/CJH)

PRIME CAPITAL VENTURES, LLC
BERONE CAPITAL FUND, LP
BERONE CAPITAL PARTNERS LLC
BERONE CAPITAL LLC
BERONE CAPITAL EQUITY FUND I, LP
405 MOTORSPORTS LLC f/k/a Berone Capital Equity
Partners LLC

                                        Defendants.
------------------------------------------------------------------------X

PAUL A. LEVINE, as Receiver of Prime Capital Ventures,
LLC,

                              Third-Party Plaintiff,

        -against-

KRIS D. ROGLIERI, TINA M. ROGLIERI,
KIMBERLY HUMPHREY a/k/a KIMMY
HUMPHREY, PRIME COMMERCIAL
LENDING, LLC, COMMERCIAL CAPITAL
TRAINING GROUP-, THE FINANCE
MARKETING GROUP, NATIONAL
ALLIANCE OF COMMERCIAL LOAN
BROKERS LLC and FUPME, LLC,

                              Third-Party Defendants.

------------------------------------------------------------------------X

## CORPORATE DISCLOSURE FOR CERTAIN DEFENDANTS

      Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure (the "Federal Rules"), Berone Capital Fund, LP, Berone Capital Partners LLC, Berone Capital LLC, Berone Capital

1

Equity Fund I, LP, and 405 Motorsports LLC f/k/a Berone Capital Equity Partners LLC (collectively, the "Berone Defendants") make the following disclosures:

There is no parent or public corporation that directly or indirectly owns 10% or more of any class of the Berone Defendants.

Pursuant to Rule 7.1(a)(2) of the Federal Rules, the Berone Defendants state that Jeremiah Beguesse and Fabian Stone are the only principals of the Berone Defendants, that Jeremiah Beguesse is a citizen of the state of Florida, and Fabian Stone is a citizen of the state of Georgia.

Dated: East Meadow, New York
February 14, 2024

CERTILMAN BALIN ADLER & HYMAN, LLP

By: /s/ Thomas J. McNamara
Thomas J. McNamara, Esq.
NDNY Bar No. 511660
*Attorneys for Berone Capital Fund, LP, Berone Capital Partners LLC, Berone Capital LLC, Berone Capital Equity Fund I, LP, and 405 Motorsports LLC f/k/a Berone Capital Equity Partners LLC*
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
516-296-7000
tmcnamara@certilmanbalin.com