UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| COMPASS-CHARLOTTE 1031, LLC, | : |
| Plaintiff, | : |
| -against- | : Civ. No. 24-CV-0055 (MAD/CFH) |
| PRIME CAPITAL VENTURES, LLC,<br>BERONE CAPITAL FUND, LP,<br>BERONE CAPITAL PARTNERS LLC,<br>BERONE CAPITAL LLC, BERONE CAPITAL<br>EQUITY FUND I, LP, and 405 MOTORSPORTS<br>LLC f/k/a Berone Capital Equity Partners LLC, | : |
| Defendants. | : |

-------------------------------------------------------------------X

## **Declaration of Tyler Maulsby**

I, Tyler Maulsby, hereby declare the following under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly admitted to practice before this Court and am a shareholder with the law firm of Frankfurt Kurnit Klein & Selz, P.C., attorneys for non-party Hogan Lovells US LLP ("Hogan Lovells"). I respectfully submit this declaration in connection with Hogan Lovells' Sur Reply to Plaintiff Compass-Charlotte 1031, LLC's Motion to Disqualify Hogan Lovells as counsel for Defendant Prime Capital Ventures, LLC ("Prime Capital").

2. Attached hereto as Exhibit 1 is a true and correct copy of a Stipulation For Substitution of Counsel With Consent dated February 14, 2024 in the matter of *Camshaft CRE 1 LLC v. Prime Capital Ventures, LLC*, Case No. 23-023173-01 (Miami Dade Cnty.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2024

                                                                /s/ Tyler Maulsby
                                                                 Tyler Maulsby