# EXHIBIT 1

| | |
|---|---|
| CAMSHAFT CRE 1 LLC | **IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA** |
| Plaintiff, | |
| | **COMPLEX BUSINESS LITIGATION DIVISION** |
| v. | |
| PRIME CAPITAL VENTURES, LLC, | **CASE NO. 23-023173-01** |
| Defendant. | |

### STIPULATION FOR SUBSTITUTION OF COUNSEL WITH CONSENT

IT IS HEREBY STIPULATED AND AGREED that David B. Massey, Esq. and the law firm of Hogan Lovells US LLP shall withdraw as counsel for Plaintiff Camshaft CRE 1 LLC ("Plaintiff"), and that Shalia M. Sakona, Esq., and the law firm of Bilzin Sumberg Baena Price & Axelrod LLP shall be substituted as counsel for Plaintiff, effective as of the date the Proposed Order Granting Stipulation for Substitution of Counsel is entered. David B. Massey, Esq. and the law firm of Hogan Lovells US LLP shall have no further responsibility with respect to this matter, and no further pleadings or other papers shall be served upon them.

Pursuant to Florida Rule of Judicial Administration 2.505, Plaintiff's consent to this substitution of counsel is attached as **Exhibit A**, and a proposed Order Granting Substitution of Counsel is attached as **Exhibit B**.

Dated: February 14, 2024

Respectfully submitted,

*/s/ Shalia M. Sakona*
Shalia M. Sakona, Esq.
Florida Bar No. 107398
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue
Suite 2300

Miami, Florida 33131

ssakona@bilzin.com
asolis@bilzin.com
eservice@bilzin.com
Tel: (305) 350-7216


*/s/ David B. Massey*
David Massey, Esq.
**HOGAN LOVELLS US LLP**
600 Brickell Ave.
Suite 2700
Miami, Florida 33131
david.massey@hoganlovells.com
Tel: (305) 459-6500


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email

generated by the Florida Court E-Filing Portal, 14th day of February, 2024, on all counsel of record

By: */s/ Shalia Sakona*
Shalia Sakona

# EXHIBIT A

CAMSHAFT CRE 1 LLC

                Plaintiff,

     v.

PRIME CAPITAL VENTURES, LLC,

                Defendant.

**IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**COMPLEX BUSINESS LITIGATION DIVISION**

**CASE NO. 23-023173-01**

## PLAINTIFF'S CONSENT TO SUBSTITUTION OF COUNSEL

On behalf of Camshaft CRE 1 LLC, I have reviewed the Stipulation for Substitution of Counsel with Consent ("Stipulation") and Proposed Order Granting Substitution of Counsel ("Proposed Order") in this matter, and do hereby consent to the terms and conditions of the Stipulation and Proposed Order.

_____

William Morton

Managing Member, Camshaft CRE 1 LLC

# EXHIBIT B

CAMSHAFT CRE 1 LLC

            Plaintiff,

    v.

PRIME CAPITAL VENTURES, LLC,

            Defendant.

**IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**COMPLEX BUSINESS LITIGATION DIVISION**

**CASE NO. 23-023173-01**

## [PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL

**THIS CAUSE** having come before the Court upon the submission of a Stipulation for Substitution of Counsel with Consent ("Stipulation"), an d the Court having approved the Stipulation, having reviewed the file, and otherwise being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED**:

1.      Shalia Sakona, Esq. and the law firm of Bilzin Sumberg Baena Price & Axelrod LLP are hereby substituted for David B. Massey, Esq. and the law firm of Hogan Lovells US LLP as counsel for Plaintiff Camshaft CRE 1 LLC. David B. Massey, Esq. and the law firm of Hogan Lovells US LLP shall have no further responsibility with respect to this matter.

2.      All further communications, filings, and pleadings in this matter shall be directed to Bilzin Sumberg Baena Price & Axelrod LLP, 1450 Brickell Avenue, Suite 2300, Miami, Florida 33131.

DONE AND ORDERED in Chambers, Miami-Dade County, Florida this _____ day of February, 2024

_____
THE HONORABLE THOMAS J. REBULL
CIRCUIT COURT JUDGE