UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
: 
COMPASS-CHARLOTTE 1031, LLC, :
:
                Plaintiff, :
:
          v. :   Case No. 24-cv-00055 (MAD/CJH)
:
PRIME CAPITAL VENTURES, LLC :
BERONE CAPITAL FUND, LP, :
BERONE CAPITAL PARTNERS LLC, :
BERONE CAPITAL LLC, :
BERONE CAPITAL EQUITY FUND I, LP, :
and 405 MOTORSPORTS LLC f/k/a Berone :
Capital Equity Partners LLC, :
:
                Defendants. :
---------------------------------------------------------------x
:
PAUL A. LEVINE, as Receiver of Prime Capital :
Ventures, LLC, :
:
                Third-Party Plaintiff, :
:
         v. :
:
KRIS D. ROGLIERI *et al.*, :
:
                Third-Party Defendants. :
:
---------------------------------------------------------------x

## SUGGESTION OF BANKRUPTCY

      PLEASE BE ADVISED that on February 15, 2024 (the "Petition Date"), Kris Daniel Roglieri (the "Debtor") filed a voluntary petition for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court"). The Debtor elected to proceed under Subchapter V of chapter 11 of the Bankruptcy Code pursuant to the Small Business Debtor Reorganization Act, as amended. The Debtor's chapter 11 case (the "Chapter 11 Case") is being administered under the caption *In*

1

*re Roglieri*, Case No. 24-10151. A copy of the Debtor's voluntary petition commencing the Chapter 11 Case is attached hereto as **<u>Exhibit A</u>**.

  PLEASE BE FURTHER ADVISED that pursuant to section 362(a) of the Bankruptcy Code, the automatic stay is in effect and has been since the Petition Date. The automatic stay prohibits and stays certain actions against the Debtor, including, subject to certain exceptions, the commencement or continuation of litigation that could have been or was commenced before the Petition Date. Actions taken in violation of the automatic stay, including, without limitation, exercising control of the Debtor's property or pursuing causes of action against the Debtor, without obtaining the necessary relief from the automatic stay from the Bankruptcy Court are void *ab initio* and may be subject to findings of contempt and the assessment of penalties and fines.

  PLEASE BE FURTHER ADVISED that additional information regarding the status of the Chapter 11 Case may be obtained by reviewing the docket of the Chapter 11 Case, electronically at https:/ecf.nynb.uscourts.gov (PACER login and password required), or by contacting the proposed bankruptcy counsel for the Debtor: Pashman Stein Walder Hayden P.C., Joseph C. Barsalona II (jbarsalona@pashmanstein.com), Amy Oden (aoden@pashmanstein.com), and Edward A. Cho-O'Leary (echo-oleary@pashmanstein.com).

Dated: February 15, 2024

Respectfully submitted,

HOGAN LOVELLS US LLP

By: <u>*/s/ Pieter Van Tol*</u>

Pieter Van Tol (Bar Roll No. #508405)
Chris Bryant (admitted *pro hac vice*)
Peter Bautz (admitted *pro hac vice*)
390 Madison Avenue
New York, NY  10017
Tel: (212) 918-3000
Fax: (212) 918-3100
pieter.vantol@hoganlovells.com
chris.bryant@hoganlovells.com
peter.bautz@hoganlovell.com

*Attorneys for Defendant Kris D. Roglieri*