UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASS-CHARLOTTE, LLC,<br><br>          Plaintiff,<br><br>- vs -<br><br>PRIME CAPITAL VENTURES, LLC, *et al.*,<br><br>          Defendant. | **MOTION TO INTERVENE**<br><br>Civil Action No.: 1:24-cv-00055-MAD-CFS |

  Prospect Intervenor CoNextions Medical Inc. ("Intervenor") hereby moves to intervene in this matter pursuant to Federal Rule of Civil Procedure 24(a), and alternatively, 24(b). In support of this motion, Intervenor relies upon its Supporting Memorandum of Law, filed herewith, and upon its proposed Intervenor Complaint, attached hereto as Exhibit A.

Dated: February 15, 2024        **NIXON PEABODY LLP**

                 By: /s/ Richard McGuirk
                   Richard A. McGuirk, Esq.
                   1300 Clinton Square
                   Rochester, New York 14604
                   Tel.: (585) 263-1644
                   rmcguirk@nixonpeabody.com

                 *Attorneys for Prospective Intervenor*