UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>PRIME CAPITAL VENTURES, LLC,<br><br>　　　　　　　　Alleged Debtor. | Invol. Chapter 7<br><br>Case No. 23-11302 (REL) |

## ALLEGED DEBTOR'S LIMITED OBJECTION

Alleged Debtor Prime Capital Ventures ("Prime Capital") hereby submits this limited objection to the First and Final Application of Christian H. Dribusch, Esq. for Allowance of Compensation and Reimbursement of Expenses dated January 25, 2024 (the "Application") (Dkt. No. 115) and, in support, it states as follows:

1.　　Prime Capital does not object to the amount of compensation and reimbursement of expenses sought in the Application.

2.　　Prime Capital, however, submits this limited objection on the issue of which entity should pay the amount sought in the Application. As the Court is aware from Prime Capital's previous submissions, Prime Capital believes that (a) the Involuntary Petition in this case was filed by the petitioning creditors (the "Petitioning Creditors") in bad faith and in violation of 11 U.S.C. § 303; and (b) it is entitled to the payment of damages and attorneys' fees and costs by the Petitioning Creditors pursuant to 11 U.S.C. § 303(i). (*See* Dkt. Nos. 69, 72.)

3.　　Under the circumstances, Prime Capital respectfully submits that the fees and expenses incurred by Mr. Dribusch should be the sole responsibility of the Petitioning Creditors, given that they caused the wrongful commencement of this case and the appointment of an interim trustee. Prime Capital should not bear any portion of those fees and expenses.

1

Dated: February 28, 2024

                Respectfully submitted,

                HOGAN LOVELLS US LLP

                By: */s/ Pieter Van Tol*

                390 Madison Avenue
                New York, NY  10017
                Tel: (212) 918-3000
                Fax: (212) 918-3100
                pieter.vantol@hoganlovells.com

                *Attorneys for Alleged Debtor*