UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No.: 1:24-cv-55(MAD)(CFH)
COMPASS-CHARLOTTE 1031, LLC,

                            Plaintiff,              **NOTICE OF APPEARANCE**

    -against-

PRIME CAPITAL VENTURES, LLC,
BERONE CAPITAL FUND, LP,
BERONE CAPITAL PARTNERS LLC,
BERONE CAPTIAL LLC,
BERONE CAPITAL EQUITY FUND I, LP,
405 MOTORSPORTS LLC f/k/a Berone Capital
Equity Partners LLC,

                           Defendants.
------------------------------------------------------------------X

TO:    The Clerk of Court and all Parties of record

       I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Berone Capital Fund, LP, Berone Capital Partners LLC, Berone Capital LLC, Berone Capital Equity Fund I, LP and 405 Motorsports LLC f/k/a Berone Capital Equity Partners LLC,

Dated: East Meadow, NY
         February 26, 2024

                                                      **CERTILMAN BALIN ADLER & HYMAN, LLP**

                                     By: /s/ *Nicole L. Milone*
                                         Nicole L. Milone, Esq.
                                         NDNY Bar No. 705183
                                         *Attorneys for Defendants Berone Capital Fund, LP, Berone Capital Partners LLC, Berone Capital LLC, Berone Capital Equity Fund I, LP and 405 Motorsports LLC f/k/a Berone Capital Equity Partners LLC*
                                         90 Merrick Avenue, 9th Floor
                                         East Meadow, NY 11554
                                         (516) 296-7000 – Telephone
                                         (516) 296-7111 - Facsimile
                                         nmilone@certilmanbalin.com

8246602.1