# EXHIBIT "A"

| | |
|---|---|
| **From:** | Jeremiah Beguesse |
| **To:** | Christian Dribusch |
| **Cc:** | Lisa Penpraze; McMahon, Michelle; Traison, Michael; Kimmy Humphrey; Kris Roglieri |
| **Subject:** | Re: Prime Capital Ventures, LLC |
| **Date:** | Friday, December 29, 2023 8:58:38 AM |

Christian,

I am currently overseas and do not have secure access to client accounts.

Thank you for your attention to this matter.



**Jeremiah Beguesse**
Founder | Chief Investment Officer

**Office : (678) 619-1982**
**Direct : (678) 206-5280**
**Email : jeremiah@beronecapital.com**

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

---

**From:** Christian Dribusch <cdribusch@chd-law.com>
**Sent:** Thursday, December 28, 2023 1:04:42 PM
**To:** Jeremiah Beguesse <jeremiah@beronecapital.com>
**Cc:** Lisa Penpraze <Lisa.Penpraze@usdoj.gov>; McMahon, Michelle <mmcmahon@cullenllp.com>; Traison, Michael <mtraison@cullenllp.com>; Kimmy Humphrey <kimmy@primecommerciallending.com>; Kris Roglieri <kris@primecommerciallending.com>
**Subject:** Re: Prime Capital Ventures, LLC

Can you confirm amount in Prime account.

Sent from my T-Mobile 5G Tablet
Get Outlook for Android

**From:** Christian Dribusch <cdribusch@chd-law.com>
**Sent:** Wednesday, December 27, 2023 8:27:32 PM
**To:** Jeremiah Beguesse <jeremiah@beronecapital.com>
**Cc:** Lisa Penpraze <Lisa.Penpraze@usdoj.gov>; McMahon, Michelle <mmcmahon@cullenllp.com>; Traison, Michael <mtraison@cullenllp.com>; Kimmy Humphrey <kimmy@primecommerciallending.com>; Kris Roglieri <kris@primecommerciallending.com>
**Subject:** Re: Prime Capital Ventures, LLC

Thank you for acknowledging receipt.

Sent from my T-Mobile 5G Tablet
Get Outlook for Android

---

**From:** Jeremiah Beguesse <jeremiah@beronecapital.com>
**Sent:** Wednesday, December 27, 2023 8:19:07 PM
**To:** Christian Dribusch <cdribusch@chd-law.com>
**Cc:** Lisa Penpraze <Lisa.Penpraze@usdoj.gov>; McMahon, Michelle <mmcmahon@cullenllp.com>; Traison, Michael <mtraison@cullenllp.com>; Kimmy Humphrey <kimmy@primecommerciallending.com>; Kris Roglieri <kris@primecommerciallending.com>
**Subject:** Re: Prime Capital Ventures, LLC

Christian,

Sorry for the delayed response. I am currently out of the country and I'm acknowledging receipt of your message below.

Thank you for your attention to this matter.



**Jeremiah Beguesse**
Founder | Chief Investment Officer

Office : **(678) 619-1982**
Email : jeremiah@beronecapital.com

Neither Berone Capital LLC nor any of its affiliates (collectively, "Berone Capital") is responsible for any recommendation, solicitation, offer or agreement or any information about any transaction, customer account or account activity in this communication. Confidential or time-sensitive security-related communications should not be transmitted to Berone Capital LLC via the Internet as there can be no assurance that messages transmitted by electronic mail will not be corrupted, lost, deleted or modified. Berone Capital LLC reserves the right to refrain from processing or executing mail until verification of the information is obtained in another format acceptable to Berone Capital LLC.

This is not an offer to sell securities, which may be done only after proper delivery of a prospectus and client suitability is reviewed and determined. Information relating to securities is intended for use by individuals residing in FL,GA,NC,TX.

This e-mail and attachment(s) may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified

that any dissemination, distribution, or copy of this message is strictly prohibited. If received in error, please notify the sender immediately and delete/destroy the message and any copies thereof.

---

**From:** Christian Dribusch <cdribusch@chd-law.com>
**Sent:** Wednesday, December 27, 2023 11:48:55 AM
**To:** Jeremiah Beguesse <jeremiah@beronecapital.com>
**Cc:** Lisa Penpraze <Lisa.Penpraze@usdoj.gov>; McMahon, Michelle <mmcmahon@cullenllp.com>; Traison, Michael <mtraison@cullenllp.com>; Kimmy Humphrey <kimmy@primecommerciallending.com>; Kris Roglieri <kris@primecommerciallending.com>
**Subject:** Prime Capital Ventures, LLC

Mr. Beguesse,

The United States Bankruptcy Court for the Northern District of New York issued the attached Order directing the appointment of a Chapter 7 Trustee.

In accordance with the United States Bankruptcy Court Order, the Office of the United States Trustee a component of the United States Department of Justice has appointed me the Trustee. A copy of the appointment is attached.

You are hereby directed to secure all accounts for Prime Capital Ventures, LLC. No funds are to leave any account without my prior written consent.

Please email your acknowledgement of the receipt of this email and your compliance with respect to securing the accounts of Prime Capital Ventures, LLC.

Let me know if you have any questions.

Christian H. Dribusch
Chapter 7 Trustee

**Christian H. Dribusch**
**The Dribusch Law Firm**
p: 518.227.0026
e: cdribusch@chd-law.com
w: www.chd-law.com
a: 187 Wolf Road • Suite 300-020 • Albany • N.Y. 12205