# EXHIBIT "G"

| | |
|---|---|
| **From:** | Nicole L. Milone |
| **Sent:** | Thursday, March 7, 2024 7:37 PM |
| **To:** | cfenlon@hinckleyallen.com; ericcottrell@parkerpoe.com; kmurphy@hinckleyallen.com; willesser@parkerpoe.com; jtuxbury@hinckleyallen.com; rmcguirk@nixonpeabody.com; pieter.vantol@hoganlovells.com; peter.bautz@hoganlovells.com; plevine@lemerygreisler.com; pdamin@lemerygreisler.com; rlippman@lmglaw.com; bculnan@oalaw.com; papastore@oalaw.com |
| **Cc:** | THOMAS McNAMARA |
| **Subject:** | Compass-Charlotte 1031, LLC v Prime Capital Ventures LLC et al; NDNY Case No. 24-cv-00055 - NOTICE OF ORDER TO SHOW CAUSE |

Pursuant to NDNY Local Rule 7.1(e), notice is hereby given that on Friday, March 8, 2024 in the above-referenced action, Defendants, Berone Capital Fund, LP, Berone Capital Partners LLC, Berone Capital LLC, Berone Capital Equity Fund I, LP, and 405 Motorsports LLC f/k/a Berone Capital Equity Partners LLC (the "Berone Defendants"), will move the Court by Order to Show Cause to vacate the Receivership Order as to the Berone Defendants only.



**Nicole L. Milone, Esq.**
**Certilman Balin Adler & Hyman, LLP**
**90 Merrick Avenue, 9th Floor**
**East Meadow, NY 11554**

☎ **Direct 516.296.7127** | ☎ **Firm 516.296.7000** | 📠 **Fax 516.296.7111**
✉ **Email:** mailto:nmilone@certilmanbalin.com | **my profile** | **www.certilmanbalin.com**

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete and then destroy all copies of the original message.