UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

COMPASS-CHARLOTTE 1031, LLC,

          *Plaintiff,*

-against-

PRIME CAPITAL VENTURES, LLC
BERONE CAPITAL FUND, LP
BERONE CAPITAL PARTNERS LLC
BERONE CAPITAL LLC
BERONE CAPITAL EQUITY FUND I, LP
405 MOTORSPORTS LLC f/k/a Berone Capital
Equity Partners LLC,

          *Defendants.*

Civil Action No.: 1:24-CV-55 (MAD)(CFH)

STIPULATION

---

PAUL A. LEVINE, as RECEIVER of PRIME
CAPITAL VENTURES, LLC,

          *Third-Party Plaintiff,*

-against-

KRIS D. ROGLIERI, TINA M. ROGLIERI,
KIMBERLY A. HUMPHREY a/k/a "KIMMY"
HUMPHREY, PRIME COMMERCIAL LENDING,
LLC, COMMERCIAL CAPITAL TRAINING
GROUP, THE FINANCE MARKETING GROUP,
NATIONAL ALLIANCE OF COMMERCIAL
LOAN BROKERS LLC, FUPME, LLC,

          *Third-Party Defendants.*

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties hereto, that the time for Third-Party Defendant Tina Roglieri to answer, move or otherwise respond to the Third-Party Complaint [Docket No. 71] in this action shall be extended up through and including April 15, 2024.

{01424730.1}

IT IS HEREBY FURTHER STIPULATED AND AGREED that Third-Party Defendant waives all defenses with respect to the manner by which the Third-Party Complaint was served.

IT IS HEREBY FURTHER STIPULATED AND AGREED that an electronic exchange of signatures shall be treated and accepted as original signatures.

Dated: March 12, 2024

LEMERY GREISLER LLC

_____
Paul A. Levine, Esq.
Bar No.: 103758
*Third-Party Plaintiff Receiver of Prime Capital Ventures, LLC*
677 Broadway, 8th Floor
Albany, New York 12207
(518) 433-8800
plevine@lemerygreisler.com

Dated: March 12, 2024

O'CONNELL & ARONOWITZ, P.C.

_____
Brian M. Culnan, Esq.
Bar No.: 506300
*Attorneys for Third-Party Defendant Tina Roglieri*
54 State Street, 9th Floor
Albany, New York 12207
(518) 462-5601
bculnan@oalaw.com

**SO ORDERED:**

_____
U.S.M.J.

{01424730.1}