EXHIBIT 1

## THOMAS McNAMARA

| | |
|---|---|
| **From:** | Paul Levine <plevine@lemerygreisler.com> |
| **Sent:** | Tuesday, March 12, 2024 5:29 PM |
| **To:** | THOMAS McNAMARA |
| **Subject:** | RE: Berone Capital Fund LP |

External Email: **Proceed with caution!**

Thank you Tom.

Paul A. Levine, Esq.
*Member*
**LEMERY GREISLER LLC**
677 Broadway, 8th Floor
Albany, New York 12207
Tel: (518) 433-8800 x313 |
Direct Dial and Fax: (518) 831-5924
Cell No. (518) 331-7445
plevine@lemerygreisler.com
www.lemerygreisler.com



This message is intended for the exclusive use of the recipient and may contain privileged and confidential communications. If you are not the intended recipient, or a person responsible for delivering this message to the recipient, you are not authorized to read, copy, print, or transfer this message and any attachments. If you inadvertently received this message, please notify us immediately by email and discard any paper copies and delete all electronic files of the message and any attachments.

Internal Revenue Service Circular 230 notice: Any discussion of a federal tax issue contained in this email, including attachments, is not intended to and cannot be used for the purpose of (i) avoiding penalties under federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters.

**From:** THOMAS McNAMARA <tmcnamara@certilmanbalin.com>
**Sent:** Tuesday, March 12, 2024 5:04 PM
**To:** Paul Levine <plevine@lemerygreisler.com>
**Subject:** Berone Capital Fund LP

Additional information from Berone for you as Receiver.

CERTILMANBALIN

1

Thomas J. McNamara, Esq.
Certilman Balin Adler & Hyman, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554

☎ Direct 516.296.7057 | ☎ Firm 516.296.7000 | 🖷 Fax 516.296.7111
✉ Email: tmcnamara@certilmanbalin.com | my profile | www.Certilmanbalin.com

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete and then destroy all copies of the original message.

This email has been scanned for spam and viruses. Click here to report this email as spam.

CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and have confirmed that the content is safe.

**THOMAS McNAMARA**

| | |
|---|---|
| **From:** | Paul Levine <plevine@lemerygreisler.com> |
| **Sent:** | Friday, March 8, 2024 8:46 AM |
| **To:** | THOMAS McNAMARA |
| **Cc:** | Peter Damin; Robert Lippman |
| **Subject:** | RE: Receiver Response |

External Email: Proceed with caution!

Thank you.

Paul A. Levine, Esq.
*Member*
**LEMERY GREISLER LLC**
677 Broadway, 8th Floor
Albany, New York 12207
Tel: (518) 433-8800 x313 |
Direct Dial and Fax: (518) 831-5924
Cell No. (518) 331-7445
plevine@lemerygreisler.com
www.lemerygreisler.com



This message is intended for the exclusive use of the recipient and may contain privileged and confidential communications. If you are not the intended recipient, or a person responsible for delivering this message to the recipient, you are not authorized to read, copy, print, or transfer this message and any attachments. If you inadvertently received this message, please notify us immediately by email and discard any paper copies and delete all electronic files of the message and any attachments.

Internal Revenue Service Circular 230 notice: Any discussion of a federal tax issue contained in this email, including attachments, is not intended to and cannot be used for the purpose of (i) avoiding penalties under federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters.

**From:** THOMAS McNAMARA <tmcnamara@certilmanbalin.com>
**Sent:** Friday, March 8, 2024 6:26 AM
**To:** Paul Levine <plevine@lemerygreisler.com>
**Cc:** Peter Damin <pdamin@lemerygreisler.com>; Robert Lippman <rlippman@lemerygreisler.com>
**Subject:** FW: Receiver Response

Please see attached information from Berone.

CERTILMAN BALIN

**Thomas J. McNamara, Esq.**
**Certilman Balin Adler & Hyman, LLP**
**90 Merrick Avenue, 9th Floor**
**East Meadow, NY 11554**
☎ **Direct 516.296.7057 |** ☎ **Firm 516.296.7000 |** 🖶 **Fax 516.296.7111**
✉ **Email: tmcnamara@certilmanbalin.com | my profile | www.Certilmanbalin.com**

Confidentiality Notice:  This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete and then destroy all copies of the original message.

---

This email has been scanned for spam and viruses. Click here to report this email as spam.

CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and have confirmed that the content is safe.

2