UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

COMPASS-CHARLOTTE, LLC,

Plaintiff,

- vs -

PRIME CAPITAL VENTURES, LLC, *et al.*,

Defendant.

Civil Action No.:  1:24-cv-00055-MAD-CFS

## Motion for Leave to File Reply in Support of Motion to Intervene

Pursuant to Local Rule 7.1(a)(2), Prospective Intervenor CoNextions Medical Inc. ("CoNextions") respectfully requests leave from the Court to submit a reply brief in support of its Motion to Intervene (Doc. No. 138), in the form attached hereto as Exhibit A.  CoNextions' proposed reply is necessary to respond to issues raised in Plaintiff Prime Capital Ventures, LLC's ("Prime") Opposition to CoNextions' Motion to Intervene (Doc. No. 147).

Dated:  March 18, 2024

**NIXON PEABODY LLP**

By: /s/ Richard McGuirk
    Richard A. McGuirk, Esq.
    1300 Clinton Square
    Rochester, New York 14604
    Tel.: (585) 263-1644
    rmcguirk@nixonpeabody.com

*Attorneys for Prospective Intervenor*