<u>Protective Order</u>
**Exhibit A**

**ACKNOWLEDGMENT AND AGREEMENT
TO BE BOUND BY PROTECTIVE ORDER**

I, _____, state:

1. I reside at _____.

2. My present employer is _____.

3. My present occupation or job description is _____.

4. I agree to keep confidential all information and material provided to me in *[CASE]*, and to be subject to the authority of the [COURT] in the event of any violation of this agreement or dispute related to this agreement.

5. I have been informed of and/or read the Stipulation and Protective Order executed by the parties in the above-referenced matter (the "<u>Protective Order</u>"), and I understand and will abide by its contents and confidentiality requirements. I will not divulge any Confidential Records, as defined in the Protective Order, to persons other than those specifically authorized by the Protective Order. I will not use any Confidential Records in any manner not expressly allowed by the Protective Order.

6. I understand that violation of the Protective Order is punishable by contempt of court and other potential sanctions as the Court deems appropriate under the circumstances.

7. I state under penalty of perjury that the foregoing is true and correct.

By: _____

Dated: _____