UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
COMPASS-CHARLOTTE 1031, LLC

                              Plaintiff,

  - against -                                    Case No. 24-cv-55 (MAD/DJS)

PRIME CAPITAL VENTURES, LLC, BERONE
CAPITAL FUND, LP, BERONE CAPITAL
PARTNER, LLC, BERONE CAPITAL LLC,
BERONE CAPITAL EQUITY FUND I, LP,
405 MOTORSPORTS LLC F/K/A BERONE
CAPITAL EQUITY PARTNERS, LLC,

                              Defendants.
------------------------------------------------------------------

## ERRATA SHEET TO FOURTH REPORT OF PERMANENT RECEIVER

                                      Respectfully submitted,

                                      Paul A. Levine, Esq.
                                      RECEIVER
                                      LEMERY GREISLER LLC
                                      Office and P.O. Address
                                      677 Broadway, 8th Floor
                                      Albany, New York 12207
                                      Ph:  (518) 433-8800
                                      Fax:  (518) 433-8823

                                      plevine@lemerygreisler.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
COMPASS-CHARLOTTE 1031, LLC

                            Plaintiff,

      - against -                              Case No. 24-cv-55 (MAD/DJS)

PRIME CAPITAL VENTURES, LLC, BERONE
CAPITAL FUND, LP, BERONE CAPITAL
PARTNER, LLC, BERONE CAPITAL LLC,
BERONE CAPITAL EQUITY FUND I, LP,
405 MOTORSPORTS LLC F/K/A BERONE
CAPITAL EQUITY PARTNERS, LLC,

                            Defendants.
-----------------------------------------------------------------

## ERRATA SHEET TO FOURTH REPORT OF PERMANENT RECEIVER

To:    Hon. Mae D'Agostino, United States District Court Judge

       Paul A. Levine, Esq., Permanent Receiver (the "Receiver") for Defendants Prime Capital Ventures LLC ("Prime") Berone Capital Fund, LP, Berone Capital Partner, LLC, Berone Capital LL C, Berone Capital Equity Fund I, LP and 405 Motorsports LLC f/k/a Berone Capital Equity Partners, LLC (collectively "Berone") (Prime and Berone are collectively the "Defendants") respectfully submits this Errata Sheet to his Fourth Report (Doc. No. 173) as follows.

       1.    At page 7 the Fourth Report makes reference to a $5,000,000 deposit made by ER Tennessee. The report should have read "a deposit in the amount of **$15,000,000** ER made in connection with a proposed loan from Prime."

1

2.  Later on at page 7, the Fourth Report refers to the Court's March 19, 2024 Memorandum-Decision and order but mistakenly referred to the date of "2023."

Dated: April 22, 2024

Respectfully submitted,

/s/Paul A. Levine
Paul A. Levine, Esq.
RECEIVER
LEMERY GREISLER LLC
Office and P.O. Address
677 Broadway, 8th Floor
Albany, New York 12207
Ph:  (518) 433-8800
Fax: (518) 433-8823

plevine@lemerygreisler.com
