# EXHIBIT 8

**Van Tol, Pieter**

**From:** Steve Glenn <sglenn@arffinancial.com>
**Sent:** Thursday, January 4, 2024 3:17 PM
**To:** gary@primecommerciallending.com; jon@primecommerciallending.com
**Subject:** FW: [EXTERNAL]:Heads Up About Prime and the People that Run the NACLB

After talking to Gary – I thought you guys might want to see this....

Happy New Year!



**From:** Dan Cosgrove <dan@anthemcp.com>
**Sent:** Monday, December 11, 2023 4:14 PM
**To:** Steve Glenn <sglenn@arffinancial.com>
**Subject:** [EXTERNAL]:Heads Up About Prime and the People that Run the NACLB

You don't often get email from dan@anthemcp.com. Learn why this is important

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

2

Hey Steve,

It was great talking to you today. As promised I would share with you details that will become public soon about the people behind NACLB, Commercial Capital Training Group, and Prime Commercial Lending.

The in-depth details are below.

Net, if you are doing business with Prime/NACLB then you might want to reconsider given the scrutiny they are currently under. I encourage you to fact-check this with Kris, Kimmy, Scott, and/or through your own due diligence. Some of the links, like Kris's personal IG page, are private now, but here is [one example](#) of some of the videos you can find on his page if he gives you access or you can just ask me for them as I have saved all of their social media posts for evidence.

Up to you if you want this display of character tied to your business and sponsorships, but hopefully this heads-up will save you $15k of sponsorship and future reputational risk.

Should you ever have any questions you can contact me here.

Regards,

Dan Cosgrove


Subject: Bernie Madoff Isn't Dead, He's Just Rebranded

Hello,

I noticed that you have in the past written articles about real estate and financing, so I figured you might be interested in this email about Prime Commercial Lending, led by [Kris Roglieri](#), [Kimmy Humphrey](#) and [Scott Diberardinis](#) who have displayed a pattern of behavior that is reminiscent of Bernie Madoff.

As of this email on December 11, 2023 Prime Commercial Lending has found themselves in hot water with numerous complaints being filed in state or federal court against them via their new fund they created in 2022 called [Prime Capital Ventures](#) (which their own publication officially announced in May of 2022.)

Although the idea on paper sounded excellent, the execution has been a failure. Leadership at the company led by Kris, Kimmy, and Scott have been accused of heavy allegations that include violating the Racketeer Influenced and Corrupt Organizations (RICO) Act, a breach of contract and fraud in the inducement.

Prime Capital allegedly had entered into five similar agreements with entities, failed to fund the loans and also left them without their million-dollar deposits. Some of those situations are publicly disclosed while others have been privately settled behind closed doors between Prime and its several plaintiffs.

Court Records:

Publicly disclosed cases against Prime are:

3

1. New York federal court, Robert Sturm sued Prime Capital in August to recoup his $2 million deposit as a part of a $15 million loan agreement, according to Sturm's complaint. In October, the suit was voluntarily dismissed.
2. Texas State Court: Case No. 23-DCV-341617; The Lion Group DFW, LLC v. Prime Capital Ventures, LLC; In the 146th District Court of Bell County, Texas. This was settled privately.
3. Florida State Court in Miami Dade County has an open case between Camshaft CRE 1 LLC and Prime Capital Ventures. Camshaft had placed $13.4M into an ICA account with Prime in order to begin the loan process. To this date Camshaft has only received back $1M of the $13.4M and was even sent a fake Federal ID Reference number from Prime documenting the supposed wiring of funds to their bank account.

> 23. At one point, Prime erroneously advised Camshaft that part of the funds had been sent, including providing Camshaft with a fake Federal ID Reference number that Camshaft's bank, JPMorgan Chase & Co., was not able to validate. Id. ¶ 24.

1. In Tennessee Federal Court, Prime was sued by 526 Murfreesboro LLC Racketeer Influenced and Corrupt Organizations (RICO) Act, a breach of contract and fraud in the inducement.

Documents turned over by members of 526 Murfreesboro give a better view of how Prime operates.

A review of the call log from April to September of this year between the plaintiff and defendant shows 278 attempted calls made with only 20 successful connections and ~10 hours of talk time.

A review of the emails exchanged between Prime and the plaintiff shows a consistent lack of communication and misinformation being provided along with statements from Prime CEO Kris Roglieri in an August 21st email that the plaintiff's funds were not being "held hostage at all." As of the date of this writing (12/4/2023) the funds have not been returned to the plaintiff.

The Court of Public Opinion

Outside of public court records, there is the court of public opinion. Prime members such as Kris Roglieri have a social media presence that some might find offensive. Kris's personal Instagram profile under the name teamloansharks has the hashtag #f▲ckyoupayme. Kris portrays a life of an extravagant lifestyle, flying on private planes, driving impressive cars, and living in a mansion. He even posted a video of him driving 186 mph. Kimmy and Kris have since scrambled to make their social media profiles private, but I have downloaded and saved all images and videos with time stamps and URLs included to show variable information in the event they attempt to delete the information permanently. Should you want to have access to those files, please contact me.

4



While Kimmy Humphrey (maiden name Snyder) has a more quiet social profile she is found on podcasts talking about making great commissions off her work.

5



Prime's public channels and websites which can all be found below push a similar mantra of making great money and has a homepage video that shows a network of brokers making high commissions.

LinkedIn: Commercial Capital Training Group  Link to Website

LinkedIn: Prime Commercial Lending Link to Website

LinkedIn: National Alliance of Commercial Loan Brokers Link to Website

LinkedIn: The Finance Marketing Group Link to Website

How Can You Help?

As a Journalist, you know that finding the truth is hard. But once, the truth has been found you have the power to share the news and prevent more innocent people from getting hurt by bad actors such as Prime.

The power of the pen is in your hands, if you would like to publish these findings I can be reached at this email address.

Kind Regards,

Dan Cosgrove
Chief Marketing Officer

C: (513) 638-2323
***"Unlock Your Wealth Potential Through Real Estate Investments"***
Visit Us @ anthemcp.com
Schedule 15 Minute Call

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient's designees is strictly prohibited. If you are not the intended recipient or their designee, please notify the sender immediately by return e-mail and delete all copies.

7