UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                                                                          :

COMPASS-CHARLOTTE 1031, LLC,              :

              Plaintiff,                                     :

              v.                                      :         Case No. 24-cv-00055 (MAD/CJH)

PRIME CAPITAL VENTURES, LLC, *et al.*  :

              Defendants.                     :
-----------------------------------------------------------x

PAUL A. LEVINE, as Receiver of Prime Capital  :
Ventures, LLC,

              Third-Party Plaintiff,        :

              v.                                      :

KRIS D. ROGLIERI, TINA M. ROGLIERI,      :
KIMBERLY HUMPHREY a/k/a KIMMY
HUMPHREY, PRIME COMMERCIAL
LENDING, LLC, COMMERCIAL CAPITAL
TRAINING GROUP, THE FINANCE
MARKETING GROUP, NATIONAL
ALLIANCE OF COMMERCIAL LOAN
BROKERS LLC and FUPME, LLC,

              Third-Party Defendants.    :
-----------------------------------------------------------x

## **STIPULATION REGARDING WITHDRAWAL OF COUNSEL**

**IT IS HEREBY STIPULATED**, by and between the undersigned counsel and pursuant to Local Rule 11.1(b)(1), that: (a) Third-Party Defendants Prime Commercial Lending, LLC, Commercial Capital Training Group, The Finance Marketing Group, National Alliance of Commercial Loan Brokers LLC and FUPME, LLC, by and through Christian H. Dribusch, as Chapter 7 Trustee of the estate of Kris D. Roglieri, the manager or principle of the entities, do

1

hereby consent to the withdrawal of Hogan Lovells US LLP as their counsel of record; and (b) there is good cause for the withdrawal of Hogan Lovells US LLP as counsel for Third-Party Defendant Kimberly Humphrey.

Dated: December 19, 2024                **HOGAN LOVELLS US LLP**

 *Pieter Van Tol*

Pieter Van Tol
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Email: pieter.vantol@hoganlovells.com

*Current Counsel to Third-Party Defendants Kimberly Humphrey, Prime Commercial Lending, LLC, Commercial Capital Training Group, The Finance Marketing Group, National Alliance of Commercial Loan Brokers LLC and FUPME, LLC*

Dated: December 19, 2024                **THE DRIBUSCH LAW FIRM**

*Christian H. Dribusch*

Christian H. Dribusch
187 Wolf Road, Suite 300-020
Albany, New York 12205
Telephone: (518) 227-0026
Email: cdribusch@chd-law.com

*Counsel to Christian H. Dribusch, in his Capacity as Chapter 7 Trustee of the Estate of Kris D. Roglieri, Manager or Principal of Third-Party Defendants Prime Commercial Lending, LLC, Commercial Capital Training Group, The Finance Marketing Group, National Alliance of Commercial Loan Brokers LLC and FUPME, LLC*

Dated: December 19, 2024           **O'CONNELL, ARONOWITZ LAW FIRM**

*Brian M. Culnan*

Brian M. Culnan
54 State Street
9th Floor
Albany, NY 12207
Telephone: 518-462-5601
Email: bculnan@oalaw.com

*Counsel to Third-Party Defendant Tina M. Roglieri*

Dated: December 19, 2024           **HINCKLEY, ALLEN & SNYDER LLP**

*Christopher V. Fenlon*

Christopher V. Fenlon
30 South Pearl St., Suite 1101
Albany, New York 12207
Telephone: 518-396-3100
Email: cfenlon@hinckleyallen.com

*Counsel to Plaintiff Compass-Charlotte 1031, LLC*

Dated: December 19, 2024           **LEMERY GREISLER, LLC**

*Paul A. Levine*

Paul A. Levine
677 Broadway, 8th Floor
Albany, New York 12207
Telephone: 518-433-8800
Email: plevine@lemerygreisler.com

*Receiver for Defendant and Third-Party Plaintiff Prime Capital Ventures, LLC*

3

SO ORDERED:

_____
       U.S.D.J.